| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00180-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:55:33 EDT 2024 | 1416 EASTERN AVE NE LLC<br>700 51st Street NE#102B<br>Washington, DC 20019-5549 | (p)CHILD SUPPORT SERVICES DIVISION<br>ATTN LEGAL SERVICES SECTION<br>400 SIXTH ST NW<br>SUITE 8300<br>WASHINGTON DC 20001-0189 |
| TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Donnell Ray<br>1416 Eastern Avenue, NE Unit 102<br>Washington, DC 20019-8136 | Fontavia Griffin<br>1416 Eastern Avenue, NE Unit B2<br>Washington, DC 20019-8136 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lena Carter<br>1416 Eastern Ave., NE Unit B1<br>Washington, DC 20019-8136 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Michelle Christian<br>1416 Eastern Avenue, NE Unit 201<br>Washington, DC 20019-8136 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tyesha Goode<br>1416 Eastern Avenue, NE Unit 101<br>Washington, DC 20019-8136 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00181-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:07 EDT 2024 | 945 LONGFELLOW ST NW LLC<br>945 LONGFELLOW ST NW #103<br>Washington, DC 20011-8218 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Anthon Thomas<br>945 Longfellow St., NW Unit 10<br>Washington, DC 20011-8240 | Ayesha Upshur<br>945 Longfellow St., NW<br>Washington, DC 20011-8218 |
| Brenda Thompson<br>945 Longfellow St., NW Unit 12<br>Washington, DC 20011-8240 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Ericka Williams<br>945 Longfellow St., NW Unit 11<br>Washington, DC 20011-8240 |
| Fatima Glasco<br>945 Longfellow St., NW Unit 6<br>Washington, DC 20011-8240 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kalkidan Kumilachew<br>945 Longfellow St., NW Unit 4<br>Washington, DC 20011-8240 |
| Kevin Gilchrist<br>945 Longfellow St., NW Unit 13<br>Washington, DC 20011-8240 | MARINA QUINTANILLA-DOE<br>945 Longfellow St., NW Unit 5<br>Washington, DC 20011-8240 | Maria Hernandez<br>945 Longfellow St., NW Unit 9<br>Washington, DC 20011-8240 |
| Markita Jordan<br>945 Longfellow St., NW Unit 7<br>Washington, DC 20011-8240 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Shantel Bolks<br>945 Longfellow St., NW Unit 1<br>Washington, DC 20011-8239 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | District of Columbia Office of Att General<br>400 6th Street, N.W.<br>Washington, DC 20001-0189 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00182-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:20 EDT 2024 | 2501 NAYLOR RD SE ;LLC<br>2501 Naylor Road, SE#103<br>Washington, DC 20020-4026 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Diamond Stewart<br>2501 Naylor Road, SE Unit 3<br>Washington, DC 20020-4026 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Dominique Jones<br>2501 Naylor Road, SE Unit 5<br>Washington, DC 20020-4026 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessica Phillips<br>2501 Naylor Road, SE Unit B1<br>Washington, DC 20020-4026 |
| Layetta Howard<br>2501 Naylor Road, SE Unit B2<br>Washington, DC 20020-4026 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tiffany Epps<br>2501 Naylor Road, SE Unit 2<br>Washington, DC 20020-4026 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00183-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:34 EDT 2024 | 4303-13 WHEELER RD SE LLC<br>4313 WHEELER RD SE #103<br>Washington, DC 20032-6041 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Antuan Bookens<br>4309 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6040 | Avaye Armstrong<br>4313 Wheeler Road, SE Unit 101<br>Washington, DC 20032-6041 |
| Brittany Hunt<br>4301 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6037 | Charlene Lindsey<br>4305 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6039 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Daeshana Anderson<br>4305 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6039 | Dasiah Gordon<br>4301 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6037 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 |
| Diana Gottschalk Miller<br>4301 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6037 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Ebonie Smith<br>4313 Wheeler Road, SE Unit 301<br>Washington, DC 20032-6025 |
| Finiya Johnson<br>4309 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6040 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacia Garris<br>4301 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6037 |
| Jasmine Sockwell<br>4305 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6039 | John Oldham<br>4305 Wheeler Road, SE Unit 102<br>Washington, DC 20032-6039 | Kendria Sidbury<br>4313 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6025 |
| Kierra Bell<br>4301 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6037 | Kysha Rosario<br>4313 Wheeler Road, SE Unit 102<br>Washington, DC 20032-6041 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Nattonnia Ross<br>4309 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6040 | Paris Reese<br>4313 Wheeler Road, SE Unit 303<br>Washington, DC 20032-6025 |
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Ranita Jordan<br>4301 Wheeler Rd., SE Unit 102<br>Washington, DC 20032-6037 |

Regina February
4313 Wheeler Road, SE Unit 104
Washington, DC 20032-6041

Richelle Pearson
4313 Wheeler Road, SE Unit 103
Washington, DC 20032-6041

Rodecia Mason
4309 Wheeler Road, SE Unit 104
Washington, DC 20032-6040

Ronesha Jones
4313 Wheeler Road, SE Unit 302
Washington, DC 20032-6025

Shakira Bell
4313 Wheeler Road, SE Unit 201
Washington, DC 20032-6041

Shamona Anderson
4301 Wheeler Rd., SE Unit 101
Washington, DC 20032-6037

Shanique Swan
4301 Wheeler Road, SE Unit 204
Washington, DC 20032-6037

Sherod Harvery
4305 Wheeler Road, SE Unit 302
Washington, DC 20032-6039

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Talanda Garrett
4305 Wheeler Road, SE Unit 204
Washington, DC 20032-6039

Tevin Jackson
4313 Wheeler Road, SE Unit 203
Washington, DC 20032-6041

Tiffany Hunt-Davis
4313 Wheeler Road, SE Unit 202
Washington, DC 20032-6041

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Vernon Jones
4305 Wheeler Road, SE Unit 201
Washington, DC 20032-6039

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46

```
Label Matrix for local noticing          4263 6TH ST SE APARTMENTS LLC          TD Bank, N.A.
0090-1                                   4263 6th St SE#103                     c/o Michael D. Nord
Case 24-00184-ELG                        Washington, DC 20032-3626              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                   One South Street
Washington, D.C.                                                                Suite 2200
Sun Jun 23 20:56:48 EDT 2024                                                    Baltimore, MD 21202-3343

Washington, D.C.                         Chanel Jackson                         DC Office of Tax and Revenue
E. Barrett Prettyman U. S. Courthouse    4263 6th Street, SE Unit 1             1101 4th St., SW #270
333 Constitution Ave, NW #1225           Washington, DC 20032-3626              Washington, DC 20024-4457
Washington, DC 20001-2802


District of Columbia Water and Sewer Aut Internal Revenue Service               Jennifer Patrick
1385 Canal Street, SE                    PO Box 7346                            4265 6th Street, SE Unit 2
Washington, DC 20003-5015                Philadelphia, PA 19101-7346            Washington, DC 20032-3613


Kris Kieh                                Massey Property Investors LLC          Michael D. Nord, Esq.
4263 6th Street, SE Unit 2               12320 Quilt Patch Ln.                  Gebhardt & Smith LLP
Washington, DC 20032-3626                Bowie, MD 20720-4359                   One South Street Suite 2200
                                                                                Baltimore, MD 21202-3343


Patrice Taylor                           Pepco                                  Pro Painting & Remodeling Inc.
4265 6th Street, SE Unit 1               P.O. Box 13608                         15105 Jennings Ln.
Washington, DC 20032-3613                Philadelphia, PA 19101-3608            Bowie, MD 20721-7208


TD Bank, N.A.                            U. S. Trustee for Region Four          US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                 2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                       Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Maurice VerStandig                    End of Label Matrix
                                         Mailable recipients    18
                                         Bypassed recipients     1
                                         Total                  19
```

```
Label Matrix for local noticing          4935 NHB AVE NE LLC                       TD Bank, N.A.
0090-1                                   4935 Nannie Helen Burroughs Ave, NE#      c/o Michael D. Nord
Case 24-00185-ELG                        Washington, DC 20019-5400                 Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                      One South Street
Washington, D.C.                                                                   Suite 2200
Sun Jun 23 20:57:02 EDT 2024                                                       Baltimore, MD 21202-3343

Washington, D.C.                         Alicia Hurst                              Allen Reeves
E. Barrett Prettyman U. S. Courthouse    4935 Nannie Helen Burroughs Ave, NE       4935 Nannie Helen Burroughs Ave, NE
333 Constitution Ave, NW #1225           Unit 2                                    Unit 6
Washington, DC 20001-2802                Washington, DC 20019-3676                 Washington, DC 20019-5400


Ashleigh Palmer                          DC Office of Tax and Revenue              Department of Buildings
4935 Nannie Helen Burroughs Ave, NE      1101 4th St., SW #270                     1100 4th Street, SW
Unit 3                                   Washington, DC 20024-4457                 Washington, DC 20024-4451
Washington, DC 20019-3677


Department of Consumer and Regulatory Af Dijonia Hines                             District of Columbia Water and Sewer Aut
1100 4th St SW                           4935 Nannie Helen Burroughs Ave, NE       1385 Canal Street, SE
Washington, DC 20024-4451                Unit 4                                    Washington, DC 20003-5015
                                         Washington, DC 20019-3678


Internal Revenue Service                 Latoia Harris                             Massey Property Investors LLC
PO Box 7346                              4935 Nannie Helen Burroughs Ave, NE       12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346              Unit 1                                    Bowie, MD 20720-4359
                                         Washington, DC 20019-3679


Pepco                                    Pro Painting & Remodeling Inc.            Rodger Otey
P.O. Box 13608                           15105 Jennings Ln.                        4935 Nannie Helen Burroughs Ave, NE
Philadelphia, PA 19101-3608              Bowie, MD 20721-7208                      Unit 5
                                                                                   Washington, DC 20019-3676


TD Bank, N.A.                            U. S. Trustee for Region Four             US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                    2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                          Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

                 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Maurice VerStandig                    End of Label Matrix
                                         Mailable recipients     21
                                         Bypassed recipients      1
                                         Total                   22
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00186-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:57:30 EDT 2024 | 3968 MLK LLC<br>1613 17th PL SE#103<br>Washington, DC 20020-5514 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Brittany Daniel<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 2<br>Washington, DC 20032-1435 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JASMINE TAMAKLO<br>3968 Martin Luther King Jr. Ave, SW<br>Unit 4<br>Washington, DC 20032-1435 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Precious Moore<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 3<br>Washington, DC 20032-1435 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Towanda Chew<br>3968 Martin Luther King Jr. Ave., SW<br>Unit B2<br>Washington, DC 20032-1435 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00187-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:57:43 EDT 2024 | 4010 9TH ST SE LLC<br>4010 9th St SE #B3<br>Washington, DC 20032-6052 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Aunette Banks<br>4010 9th Street, SE Unit 201<br>Washington, DC 20032-6052 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Delonya Boyd<br>4010 9th Street, SE Unit 101<br>Washington, DC 20032-6052 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Amanor<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 | LAVIA CLARK<br>4010 9th Street, SE Unit 301<br>Washington, DC 20032-6052 |
| Lyrics Watkins<br>4010 9th Street, SE Unit 304<br>Washington, DC 20032-6052 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Natasha Sprattley<br>4010 9th Street, SE Unit 104<br>Washington, DC 20032-6052 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| Ronnell Dawson<br>4010 9th Street, SE Unit 102<br>Washington, DC 20032-6052 | Sharon Risper<br>4010 9th Street, SE Unit 202<br>Washington, DC 20032-6052 | TAKITA JOHNSON<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tracy Davis<br>4010 9th Street, SE Unit 303<br>Washington, DC 20032-6052 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | William Reed<br>4010 9th Street, SE Unit 204<br>Washington, DC 20032-6052 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30

```
Label Matrix for local noticing          2440 S ST SE LLC                        TD Bank, N.A.
0090-1                                   2440 S ST SE #B1                        c/o Michael D. Nord
Case 24-00188-ELG                        Washington, DC 20020-4554               Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                    One South Street
Washington, D.C.                                                                 Suite 2200
Sun Jun 23 20:57:56 EDT 2024                                                     Baltimore, MD 21202-3343

Washington, D.C.                         Charmayne Mcnair                        DC Department of Health
E. Barrett Prettyman U. S. Courthouse    2440 S St., SE Unit 7                   899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225           Washington, DC 20020-4587               Washington, DC 20002-5686
Washington, DC 20001-2802


DC Office of Tax and Revenue             Demyria Myles                           Department of Buildings
1101 4th St., SW #270                    2440 S St., SE Unit 9                   1100 4th Street, SW
Washington, DC 20024-4457                Washington, DC 20020-4586               Washington, DC 20024-4451



District of Columbia Water and Sewer Aut Emonie Thompson                         Internal Revenue Service
1385 Canal Street, SE                    2440 S St., SE Unit 3                   PO Box 7346
Washington, DC 20003-5015                Washington, DC 20020-4586               Philadelphia, PA 19101-7346



Juanita Hall                             Kemesha Nelson                          Massey Property Investors LLC
2440 S St., SE Unit 11                   2440 S St., SE Unit 4                   12320 Quilt Patch Ln.
Washington, DC 20020-4586                Washington, DC 20020-4587               Bowie, MD 20720-4359



Michael D. Nord, Esq.                    Pepco                                   Pro Painting & Remodeling Inc.
Gebhardt & Smith LLP                     P.O. Box 13608                          15105 Jennings Ln.
One South Street Suite 2200              Philadelphia, PA 19101-3608             Bowie, MD 20721-7208
Baltimore, MD 21202-3343



Ronetta Higgins                          Sarina Washington                       Shanta A. Williams
2440 S St., SE Unit 6                    2440 S St., SE                          2440 S St., SE Unit 2
Washington, DC 20020-4587                Washington, DC 20020-4554               Washington, DC 20020-4586



Shevonne Edmunds                         Summer Arrington                        TD Bank, N.A.
2440 S St., SE Unit 5                    2440 S St., SE Unit 1                   5900 N. Andrews Ave. Suite 200
Washington, DC 20020-4587                Washington, DC 20020-4586               Fort Lauderdale, FL 33309-2371



Tiara Moses                              U. S. Trustee for Region Four           US Realty LLC
2440 S St., SE Unit 10                   U. S. Trustee's Office                  2300 N ST NW STE 300-RLK
Washington, DC 20020-4586                1725 Duke Street                        Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00189-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:58:10 EDT 2024 | 4400 HUNT PL NE, LLC<br>4400 HUNT PL NE #B1<br>Washington, DC 20019-3663 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Alicea Boots<br>4400 Hunt Place, NE Unit 104<br>Washington, DC 20019-3603 | Asia Taylor<br>4400 Hunt Place, NE Unit 200<br>Washington, DC 20019-3623 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Delonta Richardson<br>4400 Hunt Place, NE Unit 204<br>Washington, DC 20019-3629 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Edward Taylor<br>4400 Hunt Pl, NE Unit 102<br>Washington, DC 20019-3603 | Efrem Perkins<br>4400 Hunt Place, NE Unit 300<br>Washington, DC 20019-3632 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jamar Bush<br>4400 Hunt Place, NE Unit 203<br>Washington, DC 20019-3629 | Janae Caesar<br>4400 Hunt Place, NE Unit 303<br>Washington, DC 20019-3632 |
| Lisa Warren<br>4400 Hunt Place, NE Unit 301<br>Washington, DC 20019-3632 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Richard Fulton<br>4400 Hunt Place, NE Unit 302<br>Washington, DC 20019-3632 | Sebrina Riggins<br>400 Hunt Pl, NE Unit 101<br>Washington, DC 20019 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Vanecia Walker<br>4400 Hunt Place, NE Unit 201<br>Washington, DC 20019-3623 | | |

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25