```
Label Matrix for local noticing          2440 S ST SE LLC                         TD Bank, N.A.
0090-1                                   2440 S ST SE #B1                         c/o Michael D. Nord
Case 24-00188-ELG                        Washington, DC 20020-4554                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Thu Jun 27 21:05:52 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Charmayne Mcnair                         DC Department of Health
E. Barrett Prettyman U. S. Courthouse    2440 S St., SE Unit 7                    899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225           Washington, DC 20020-4587                Washington, DC 20002-5686
Washington, DC 20001-2802

DC Office of Tax and Revenue             Demyria Myles                            Department of Buildings
1101 4th St., SW #270                    2440 S St., SE Unit 9                    1100 4th Street, SW
Washington, DC 20024-4457                Washington, DC 20020-4586                Washington, DC 20024-4451

District of Columbia Water and Sewer Aut Emonie Thompson                          Internal Revenue Service
1385 Canal Street, SE                    2440 S St., SE Unit 3                    PO Box 7346
Washington, DC 20003-5015                Washington, DC 20020-4586                Philadelphia, PA 19101-7346

Juanita Hall                             Kemesha Nelson                           Massey Property Investors LLC
2440 S St., SE Unit 11                   2440 S St., SE Unit 4                    12320 Quilt Patch Ln.
Washington, DC 20020-4586                Washington, DC 20020-4587                Bowie, MD 20720-4359

Michael D. Nord, Esq.                    Pepco                                    Pro Painting & Remodeling Inc.
Gebhardt & Smith LLP                     P.O. Box 13608                           15105 Jennings Ln.
One South Street Suite 2200              Philadelphia, PA 19101-3608              Bowie, MD 20721-7208
Baltimore, MD 21202-3343

Ronetta Higgins                          Sarina Washington                        Shanta A. Williams
2440 S St., SE Unit 6                    2440 S St., SE                           2440 S St., SE Unit 2
Washington, DC 20020-4587                Washington, DC 20020-4554                Washington, DC 20020-4586

Shevonne Edmunds                         Summer Arrington                         TD Bank, N.A.
2440 S St., SE Unit 5                    2440 S St., SE Unit 1                    5900 N. Andrews Ave. Suite 200
Washington, DC 20020-4587                Washington, DC 20020-4586                Fort Lauderdale, FL 33309-2371

Tiara Moses                              U. S. Trustee for Region Four            US Realty LLC
2440 S St., SE Unit 10                   U. S. Trustee's Office                   2300 N ST NW STE 300-RLK
Washington, DC 20020-4586                1725 Duke Street                         Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28