| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00188-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Jun 27 21:05:52 EDT 2024 | 2440 S ST SE LLC<br>2440 S ST SE #B1<br>Washington, DC 20020-4554 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Charmayne Mcnair<br>2440 S St., SE Unit 7<br>Washington, DC 20020-4587 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Demyria Myles<br>2440 S St., SE Unit 9<br>Washington, DC 20020-4586 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Emonie Thompson<br>2440 S St., SE Unit 3<br>Washington, DC 20020-4586 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Juanita Hall<br>2440 S St., SE Unit 11<br>Washington, DC 20020-4586 | Kemesha Nelson<br>2440 S St., SE Unit 4<br>Washington, DC 20020-4587 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| Ronetta Higgins<br>2440 S St., SE Unit 6<br>Washington, DC 20020-4587 | Sarina Washington<br>2440 S St., SE<br>Washington, DC 20020-4554 | Shanta A. Williams<br>2440 S St., SE Unit 2<br>Washington, DC 20020-4586 |
| Shevonne Edmunds<br>2440 S St., SE Unit 5<br>Washington, DC 20020-4587 | Summer Arrington<br>2440 S St., SE Unit 1<br>Washington, DC 20020-4586 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 |
| Tiara Moses<br>2440 S St., SE Unit 10<br>Washington, DC 20020-4586 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Maurice VerStandig            End of Label Matrix
                                 Mailable recipients    27
                                 Bypassed recipients     1
                                 Total                  28
```