```
Label Matrix for local noticing        4400 HUNT PL NE LLC                    TD Bank, N.A.
0090-1                                 4400 HUNT PL NE #B1                    c/o Michael D. Nord
Case 24-00189-ELG                      Washington, DC 20019-3663              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                 One South Street
Washington, D.C.                                                              Suite 2200
Thu Jun 27 21:06:37 EDT 2024                                                  Baltimore, MD 21202-3343

Washington, D.C.                       Alicea Boots                           Asia Taylor
E. Barrett Prettyman U. S. Courthouse  4400 Hunt Place, NE Unit 104           4400 Hunt Place, NE Unit 200
333 Constitution Ave, NW #1225         Washington, DC 20019-3603              Washington, DC 20019-3623
Washington, DC 20001-2802


DC GOV'T OFFICE OF TAX AND REVENUE     DC Office of Tax and Revenue           Delonta Richardson
P.O. BOX 37559                         1101 4th St., SW #270                  4400 Hunt Place, NE Unit 204
WASHINGTON DC 20013-7559               Washington, DC 20024-4457              Washington, DC 20019-3629



District of Columbia Water and Sewer Aut  Edward Taylor                      Efrem Perkins
1385 Canal Street, SE                  4400 Hunt Pl, NE Unit 102              4400 Hunt Place, NE Unit 300
Washington, DC 20003-5015              Washington, DC 20019-3603              Washington, DC 20019-3632



Internal Revenue Service               Jamar Bush                             Janae Caesar
PO Box 7346                            4400 Hunt Place, NE Unit 203           4400 Hunt Place, NE Unit 303
Philadelphia, PA 19101-7346            Washington, DC 20019-3629              Washington, DC 20019-3632



Lisa Warren                            Massey Property Investors LLC          Michael D. Nord, Esq.
4400 Hunt Place, NE Unit 301           12320 Quilt Patch Ln.                  Gebhardt & Smith LLP
Washington, DC 20019-3632              Bowie, MD 20720-4359                   One South Street Suite 2200
                                                                              Baltimore, MD 21202-3343


Pro Painting & Remodeling Inc.         Richard Fulton                         Sebrina Riggins
15105 Jennings Ln.                     4400 Hunt Place, NE Unit 302           400 Hunt Pl, NE Unit 101
Bowie, MD 20721-7208                   Washington, DC 20019-3632              Washington, DC 20019



TD Bank, N.A.                          U. S. Trustee for Region Four          US Realty LLC
5900 N. Andrews Ave. Suite 200         U. S. Trustee's Office                 2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371         1725 Duke Street                       Washington, DC 20037-1122
                                       Suite 650
                                       Alexandria, VA 22314-3489


Vanecia Walker
4400 Hunt Place, NE Unit 201
Washington, DC 20019-3623
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25