William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
William@Johnsonlg.law
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
|    1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
|    945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
|    2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
|    4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
|    4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
|    4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
|    3968 MLK LLC | ) | Case No. 24-186-ELG |
|    4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
|    2440 S ST SE LLC | ) | Case No. 24-188-ELG |
|    4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
|                 Debtor. | ) | **Chapter 11** |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| _____ | ) | |

**APPLICATION TO AUTHORIZE**
**RETENTION OF REALTORS FOR THE ESTATE**

TO THE HONORABLE BANKRUPTCY JUDGE:

      COMES NOW, the Debtor 2440 S ST SE, LLC ("Debtor"), by and through its undersigned attorney, and pursuant to 11 U.S.C. §327, and states its Application to Authorize Retention of Realtors for the Estate as follows:

1. The Debtor filed this Chapter 11 case on May 29, 2024.

2. The Debtor's 341 Meeting of Creditors shall be conducted on July 22, 2024.

3. The debtor is the owner of real property identified on its Bankruptcy Schedules as 2440 S ST SE, Washington, D.C. 20020.

4. The debtor, as part of its plan of reorganization, will sell the real property identified as 2440 S ST SE, Washington, D.C. 20020 real property of the debtor's bankruptcy estate.

5. To that end, the Debtor seek to retain Eboneese Thompson and the firm of Thompson Premier Homes Group as realtors (collectively, "Realtors") for the estate in connection with the sale of the Property.

6. The professional services rendered by the realtors include: marketing the property, meeting with prospective purchasers, drafting sales contracts (subject to approval by this Court), providing advice on the value of the Property, and any other service which may be reasonably necessary to consummate a sale of the Property.

7. The debtor has selected the Realtor because of her experience in sales of property of this kind.

8. The commission to the Realtors is 5.0% on any sale procured by the Realtors. This is a discount from Realtor's usual commission and the market rate commission. The Realtors would pay a 1.5% commission with any agent for a buyer. A copy of the Listing Agreement between the Debtor and the Realtors is attached as an Exhibit to the "Motion."

9. The Realtors seek to have all compensation paid directly from the proceeds of any sale at the closing on such sale.

10. To the best of the Debtor's knowledge and after due inquiry, the Realtors have no connection with the Debtor, any creditor, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

11. Other than as may be stated in the Verified Statement filed herewith, the Realtors represent no interest adverse to the Debtor-In-Possession or the estate in the matters upon which they are to be engaged, and the employment is in the best interests of the estate and creditors generally.

## NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO AUTHORIZE RETENTION OF REALTORS FOR THE ESTATE

The Debtor has filed an application seeking to authorize retention of realtors for the estate.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before **Seventeen (17) days** after the date of filling of this application, you or your attorney must file with the Court a written objection to the application, together with the proposed order required by Local Bankruptcy Rule 9013-1(b)(1).  The opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, District of Columbia, 333 Constitution Ave. NW, Washington, D.C. 20001, and served (by delivery or mailing of copies) upon the undersigned.  The opposition may append affidavits and documents you wish to attach in support of your opposition.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. A hearing on the matter will occur on August 7, 2024, at 1:00 pm at 333 Constitution Ave. NW, Courtroom 1, Washington, D.C. 20001 or via Zoom.  You may contact Amy Matthewes for access to the hearing. You or your lawyer may explain your position to:

The Johnson Law Group, LLC
William C. Johnson, Jr.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order approving the application.  The Court may approve the application without a hearing if the objection filed states inadequate grounds for denial of the application.  Parties in interest with questions may contact the undersigned.

    WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

    a. Pursuant to 11 U.S.C. §327(a), authorizing the Debtor to employ Eboneese Thompson and the firm of Thompson Premier Homes Group as realtors for the estate;

    b. Permitting realtors to be paid 5.0% commission from the proceeds of any sale procured by them at the closing of that sale; and

    c. Granting such other and further relief as this Court may deem to be just, equitable and proper.

July 8, 2024

*/s/ William C. Johnson, Jr.*
William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813
William@JohnsonLG.Law

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day of July 8, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix

July 8, 2024                                                  */s/ **William C. Johnson, Jr.***
                                                                      William C. Johnson, Jr., Esq.