# Business Checking

PNC Bank

**PNC BANK**

For the Period 06/01/2024 to 06/28/2024

Primary Account Number:
Page 1 of 2
Number of enclosures: 0

2440 S STREET SE LLC #24-00180
DEBTOR IN POSSESSION
STE 400
16701 MELFORD BLVD
BOWIE MD 20715-4411

- For 24-hour banking sign on to
- PNC Bank Online Banking on pnc.com
- FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-BUS-BNKG

Moving?  Please contact your local branch

- Write to: Customer Service
  PO Box 609
  Pittsburgh, PA  15230-9738
- Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number:

2440 S Street SE Llc #24-00180
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 12,638.00 | 13,391.00 | .00 | 26,029.00 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 24,116.00 | 24,116.00 |

| Deposits and Other Additions | Items | Amount | Checks and Other Deductions | Items | Amount |
|---|---|---|---|---|---|
| Description | | | Description | | |
| ACH Additions | 1 | 13,391.00 | | | |
| Total | 1 | 13,391.00 | Total | 0 | .00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 06/01 | 12,638.00 | 06/05 | 26,029.00 |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/05 | 13,391.00 | Corporate ACH Rental Pay Greater Washingt V0009544 | 00024156011542372 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 07/01/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/28/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 1 | .00 | Included in Account |
|   ACH Credits | 1 | .00 | |
| Total For Services Used This Period | | .00 | |

Detail of Services Used During Current Period continued on next page

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

For the Period 06/01/2024 to 06/28/2024
2440 S Street SE Llc #24-00180
Primary Account Number:
Page 2 of 2

Business Checking Account Number:   - continued

## Detail of Services Used During Current Period   - continued

| Description | Volume | Amount |
|---|---|---|
| Total Service Charge | | .00 |

Member FDIC             Equal Housing Lender