UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*[1],<br><br>                  Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered<br><br>Applies to:<br>**2440 S St SE LLC** |

### NOTES FOR CHAPTER 11 TRUSTEE'S MONTHLY OPERATING REPORT
**(July 24, 2024 – July 31, 2024)**

## Overview

On May 29, 2024, 1416 Eastern Ave NE LLC, *et al.,* (collectively, the "Debtors") each filed a petition for relief under chapter 11 of the Bankruptcy Code. The Debtors' cases are jointly administered. On July 24, 2024, this Court entered an order approving appointment of Marc E. Albert as Chapter 11 trustee of the Debtors' estates [ECF Dkt. No. 71]. Marc E. Albert serves as the duly appointed and qualified trustee ("Trustee") for the Debtors' Chapter 11 estates. Each of the Debtors is named for residential real property that it owns, and the business of each Debtor is rental housing. The locations of the residential real property buildings are as follow:

- 1416 Eastern Avenue Northeast, Washington, DC – (6 Units)
- 945 Longfellow Street Northwest, Washington, DC – (15 Units)
- 2501 Naylor Road Southeast, Washington, DC – (8 Units)
- 4301-4313 Wheeler Road Southeast, Washington, DC – (49 Units)
- 4263-67 6th Street Southeast, Washington, DC – (6 Units)
- 4935 Nannie Helen Burroughs Avenue Northeast, Washington, DC – (6 Units)
- 3968 Martin Luther King Junior Avenue Southwest, Washington, DC – (6 Units)
- 4010 9th Street Southeast, Washington, DC – (14 Units)
- 2440 S Street Southeast, Washington, DC – (14 Units)
- 4400 Hunt Place Northeast, Washington, DC – (15 Units)

(collectively the "Properties"). The Trustee has filed an application to retain bankruptcy counsel in the Debtors' cases and an application to retain a property management company to manage the Properties.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

**Stub Period Report – 2440 S St SE LLC**

This report covers the period from the Trustee's appointment on July 24, 2024 – July 31, 2024 (the "Stub Period") for debtor 2440 S St SE LLC (the "Debtor"). The Trustee did not make any disbursements during the Stub Period. The Trustee received a lump sum payment of $23,907.50 during the Stub Period. The payment was the balance of a retainer for all ten of the Debtors' cases that was turned over from Debtors' replacement bankruptcy counsel, William Johnson. It was paid to Debtors' original bankruptcy counsel by a third party, Geneva Holding Co LLC, an entity controlled by Mr. Razjooyan.

**Bank Accounts**

PNC Bank

The Trustee is in the process of transferring the authority for the Debtor's bank account at PNC Bank to the Trustee. That process is not yet complete, but it is the Trustee's understanding that the account has been frozen pending the transfer of authority. This report will be amended to include the July bank statement when available.

Citizens Bank (DIP Acct)

The Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00.