Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Attorneys for Marc E. Albert,
Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-00188-ELG |
| 2440 S St SE LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | (Jointly Administered Under |
| | ) | Case No. 24-00180) |

**NOTICE OF FILNG OF TRUSTEE BOND**

Marc E. Albert, the duly appointed and qualified trustee ("Trustee") for the Chapter 11 bankruptcy estate of 2440 S St SE LLC (the "Debtor"), by and through his proposed undersigned attorneys, Stinson LLP, hereby files the following notice evidencing the bond obtained by the Trustee. The case is presently jointly administered in accordance with Bankruptcy Rule 1015(b) under the case of 1416 Eastern Ave, NE LLC; Case No. 24-00180-ELG (the "Main Case"). Pursuant to the *Appointment of Marc Albert as Chapter 11 Trustee by the United States Trustee* [Main Case ECF Dkt. No. 69] (the "Trustee Appointment"), the Trustee was required to obtain a bond in the amount of $10,000 for each of the ten (10) jointly administered cases. The Trustee

obtained the required bonds for each of the jointly administered cases, including for 2440 S St SE LLC on July 23, 2024. A copy of the bond obtained by the Trustee in this case attached hereto as **Exhibit A**.

Dated: September 4, 2024								Respectfully submitted,

/s/ Ruiqiao Wen
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for Marc E. Albert, Trustee*

## CERTIFICATE OF SERVICE

I certify that on September 4, 2024, I caused a true and correct copy of the foregoing Notice of Filing of Trustee Bond to be served via the Court's ECF system upon the U.S. Trustee and all counsel who have entered an appearance in this case.

*/s/ Ruiqiao Wen*
Ruiqiao Wen

2