US Trustee Form 11 - Monthly Operating Report
2440 S St SE LLC
Case No. 24-00188
Lead Case No. 24-00180

Period ending 9/30/2024

Explanations:

Part 1 – The Trustee obtained liability insurance for the property and made the monthly insurance premium of $149.58 for September 2024.  The payment was made from retainer funds for the jointly-administered cases.  This disbursement is reflected in Part 1.c and Part 1.f.  The Trustee is holding the retainer funds in a trustee account at Axos bank.  A Form 2 report showing the receipt of the retainer and the payment of the monthly insurance premium is attached to the report filed in the main case (Case No. 24-00180).

Part 1.b. Total Receipts: The cumulative total reflects an updated beginning balance of $12,638.00 as notated on the bank transaction detail report received from PNC Bank.

Part 2.a. The delinquency report enclosed in the attached financial statements does not reflect a direct deposit received of $20,581 in Section 8 Housing Assistance Payments. We are awaiting the backup needed in order to apply the funds received to the correct residents. The difference between the net rent and the unapplied payments has been entered on line 2.a. which represents a more accurate reflection of the delinquency.

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August 2024 Monthly Operating Report.

Information on the above items will be reflected in a future reporting periods as information is obtained.

# 2440 S St SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### SEPTEMBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Mark Albert Chapter 11 Trustee**
**2440 S St SE LLC**
**September 2024 Monthly Operational Summary**

Below is a summary of the property management activity during the month of September 2024.

**Income:** During the month $17,703.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $22,592.00.**
See attached aged Delinquency Report for the month of September 2024.

**Vacancies – 4 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $00.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of September 30, 2024, the outstanding payables totaled $1,166.50. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of September 30, 2024, the account statement balance was $55,227.00. The available and reconciled cash balance as of September 30, 2024, was $55,227.00.

**2440 S St SE LLC**
**Deposit Register**
**Deposit Date = 09/01/2024 - 09/30/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(2440s) - 1  09/10/2024** | | | | | | | |
| GWUL Payments | 2440 | | | 09-2024 | 9/10/2024 | 17,703.00 | ACH 091024 |
| **Total (2440s) - 1  09/10/2024** | | | | | | **17,703.00** | |
| **Grand Total** | | | | | | **17,703.00** | |

**2440 S St SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending September 30, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---|---|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 17,703.00 | 17,703.00 |
| | **Total Rental Income** | 17,703.00 | 17,703.00 |
| | **Miscellaneous Income** | | |
| | **Total Miscellaneous Income** | - | - |
| | **TOTAL INCOME** | $ 17,703.00 | $ 17,703.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | **Total Administrative Expenses** | - | - |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| | **Total Operating & Maintenance Expense** | - | - |
| | **Insurance & Taxes** | | |
| | **Total Insurance & Taxes** | - | - |
| | **TOTAL OPERATING EXPENSE** | $ - | $ - |
| | **NET OPERATING INCOME/(LOSS)** | $ 17,703.00 | $ 17,703.00 |
| | **Financial Expenses** | | |
| | **Total Financial Expenses** | - | - |
| | **NET INCOME (LOSS)** | $ 17,703.00 | $ 17,703.00 |
| | **Replacement Reserve Item Expense** | | |
| | **Total Replacement Reserve Item Expense** | - | - |
| | **Other Cash Flow Items** | | |
| | **Total Other Cash Flow Items** | - | - |
| | **TOTAL CASH FLOW** | $ 17,703.00 | $ 17,703.00 |

**2440 S St SE LLC**
**General Ledger (Cash)**
Month = Sep 2024

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| | | | Net Change=0.00 | | | | | 0.00  = Ending Balance = | |
| | | | Grand Total | | | 0.00 | 0.00 | | |

**2440 S St SE LLC**
**Trial Balance (Cash)**
**Month = Sep 2024**

| Grand Total | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 37,524.00 | 17,703.00 | 0.00 | 55,227.00 |
| 2090 | Other Current Liabilities | (37,524.00) | 0.00 | 0.00 | (37,524.00) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5121 | Housing Assist Payments | 0.00 | 0.00 | 17,703.00 | (17,703.00) |
| | **Grand Total** | **0.00** | **17,703.00** | **17,703.00** | **0.00** |

**2440 S St SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Sep 2024**

| Account | Sep 2024 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 55,227.00 |
| **TOTAL CASH** | $      55,227.00 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $      - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $      - |
| **TOTAL ASSETS** | **$      55,227.00** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 37,524.00 |
| **TOTAL CURRENT LIABILITIES** | $      37,524.00 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $      - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 17,703.00 |
| **TOTAL OWNER'S EQUITY** | $      17,703.00 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$      55,227.00** |

**2440 S St SE LLC**
**Residential Rent Roll**
**As of Date 09/30/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|------------|----------|------|-------------|--------|------------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | t0008198 | Summer Arrington | 1,912.00 | 1,912.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,912.00 |
| 02 | 2 | 0 | t0008199 | Shanta A Williams | 2,487.00 | 2,487.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,487.00 |
| 03 | 2 | 0 | t0008200 | Emonie Thompson | 2,400.00 | 2,400.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,400.00 |
| 04 | 2 | 0 | t0008201 | Kamesha Nelson | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,189.00 |
| 05 | 2 | 0 | t0008202 | Shevonne Edmunds | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,189.00 |
| 06 | 2 | 0 | t0008203 | Ronetta Higgins | 2,400.00 | 2,400.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,400.00 |
| 07 | 2 | 0 | t0008204 | Charmayne Mcnair | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,189.00 |
| 08 | 2 | 0 | t0008205 | Sarina Washington | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,189.00 |
| 09 | 2 | 0 | t0008206 | Demyria Myles | 2,448.00 | 2,448.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,448.00 |
| 10 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 11 | 2 | 0 | t0008207 | Juanita Hall | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,189.00 |
| 12 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 13 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 14 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|--|----------------|-------------|---------------|------------------|---------------|------------|-----------|---------|
| Current/Notice Res. | | | 22,592.00 | 0.00 | 0.00 | | | 22,592.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 22,592.00 | | | | 10 | 71.43% | |
| Vacant Units | 0 | 0.00 | | | | 4 | 28.57% | |
| Totals: | 0 | 22,592.00 | 22,592.00 | 0.00 | 0 | 14 | 100.00% | 22,592.00 |

# Aging Summary

2440 S St SE LLC (2440)
Trans through: 09/24
Age As of: 09/30/2024

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|------|------|------|------|------|------|------|------|------|------|
| **2440 - 2440 S St SE LLC** | | | | | | | | | |
| 01 | t0008198 Current | Summer Arrington | 1,912.00 | 1,912.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,912.00 |
| 02 | t0008199 Current | Shanta A Williams | 2,487.00 | 2,487.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,487.00 |
| 03 | t0008200 Current | Emonie Thompson | 2,400.00 | 2,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 04 | t0008201 Current | Kamesha Nelson | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,189.00 |
| 05 | t0008202 Current | Shevonne Edmunds | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,189.00 |
| 06 | t0008203 Current | Ronetta Higgins | 2,400.00 | 2,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 07 | t0008204 Current | Charmayne Mcnair | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,189.00 |
| 08 | t0008205 Current | Sarina Washington | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,189.00 |
| 09 | t0008206 Current | Demyria Myles | 2,448.00 | 2,448.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,448.00 |
| 11 | t0008207 Current | Juanita Hall | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,189.00 |
| **Total 2440 - 2440 S St SE LLC** | | | **22,592.00** | **22,592.00** | **0.00** | **0.00** | **0.00** | **0.00** | **22,592.00** |
| **Grand Total** | | | **22,592.00** | **22,592.00** | **0.00** | **0.00** | **0.00** | **0.00** | **22,592.00** |

**2440 S St SE LLC**
**Payable - Aging Summary**
**Age as of =09/30/2024**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **2440 - 2440 S St SE LLC** | | | | | |
| noble - Noble Realty Advisors LLC | 1,166.50 | 1,166.50 | 0.00 | 0.00 | 0.00 |
| **Total 2440 S St SE LLC** | **1,166.50** | **1,166.50** | **0.00** | **0.00** | **0.00** |
| **Grand Total** | **1,166.50** | **1,166.50** | **0.00** | **0.00** | **0.00** |

**2440 S St SE LLC**

**Payment Summary**

**Payment Date = 09/01/2024 - 09/30/2024**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|-----------|-----------|-------------|-----------------|
| **Grand Total** | | | | | **0.00** | |

**2440 PNC Bank**

**Bank Reconciliation Report**

**9/30/2024**

████4678

| | |
|---|---:|
| **Balance Per Bank Statement as of 9/30/2024** | 55,227.00 |
| **Reconciled Bank Balance** | 55,227.00 |
| | |
| **Balance per GL as of 9/30/2024** | 55,227.00 |
| **Reconciled Balance Per G/L** | 55,227.00 |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

# Business Checking

PNC Bank

**For the period 08/31/2024 to 09/30/2024**

Primary account number: XX-XXXX-4678

Page 1 of 2

Number of enclosures: 0

2440 S STREET SE LLC #24-00180
DEBTOR IN POSSESSION
STE 400
16701 MELFORD BLVD
BOWIE MD 20715-4411

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG

Moving? Please contact your local branch.
✉ Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT NOTIFICATION

PNC Online Banking is an easy and convenient way to manage your cash flow. **Enroll in PNC Online Banking by visiting PNC.com/Enroll.** To enroll, you will need your business employer identification number (EIN) or Social Security Number (SSN), Online Access PIN and PNC Account Number. Your Online Access PIN is a 4-digit number that you may have set when you opened your account or received in the mail after opening your account.

## IMPORTANT INFORMATION ABOUT BUSINESS CHECK QUANTITIES

Effective September 29, 2024, check order quantities for the following categories will decrease as follows:

>Business Wallet will decrease from 80 to 60 checks

There will be no changes to the quantities of any other business check types.

If you have questions regarding these changes, please call the number at the top of this statement or visit a PNC branch.

## IMPORTANT ACCOUNT INFORMATION

**Effective January 1, 2025,** charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earnings Credit for your account.

Treasury Management services, which may be subject to change, include but are not limited to Automated Clearing House (ACH), Cash Logistics, Cash Flow Insight, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Print Mail, Purchase Card, Real Time Payments, Remote Deposit, Wire Transfer services.

**Among the changes that become effective January 1, 2025, the following Wire Fees will be impacted for Business Banking clients, including but not limited to the following:**

The fee for INCOMING BOOK TRANSFERS will be $5.50 each.
The fee for INCOMING INTERNATIONAL WIRE TRANSFERS will be $21 each.

The fee for WIRE TRANSFER MANUAL REPAIR will be $18 each.
The fee for WIRE COPIES will be $21 each.

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address

# Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period   08/31/2024 to 09/30/2024
2440 S STREET SE LLC #24-00180
Primary account number: XX-XXXX-4678
Page 2 of 2

the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Summary

Account number: XX-XXXX-4678
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

2440 S STREET SE LLC #24-00180
DEBTOR IN POSSESSION

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 37,524.00 | 17,703.00 | 0.00 | 55,227.00 |
| | | | Average ledger balance | Average collected balance |
| | | | 49,516.35 | 49,516.35 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| ACH Additions | 1 | 17,703.00 | | | |
| Total | 1 | 17,703.00 | Total | 0 | 0.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 08/31 | 37,524.00 | 09/10 | 55,227.00 |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/10 | 17,703.00 | Corporate ACH Rental Pay Greater Washingt V0009544 | 0002425301685456 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 1 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

*Special Pricing - 10 Cycles Remaining