IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> 1416 EASTERN AVE NE LLC <br> 945 LONGFELLOW ST NW LLC <br> 2501 NAYLOR RD SE LLC <br> 4303-13 WHEELER RD SE LLC <br> 4263 6TH ST SE APARTMENTS LLC <br> 4935 NHB AVE NE LLC <br> 3968 MLK LLC <br> 4010 9TH ST SE LLC <br> 2440 S ST SE LLC <br> 4400 HUNT PL NE LLC <br><br> **Debtor.** | Case No. 24-00180-ELG <br> Case No. 24-00181-ELG <br> Case No. 24-00182-ELG <br> Case No. 24-00183-ELG <br> Case No. 24-00184-ELG <br> Case No. 24-00185-ELG <br> Case No. 24-00186-ELG <br> Case No. 24-00187-ELG <br> Case No. 24-00188-ELG <br> Case No. 24-00189-ELG <br><br> **Chapter 11** |

**NOTICE OF CONTINUED MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the meeting of creditors has been continued to **Tuesday, November 12, 2024 at 10:00 a.m.,** and will be conducted telephonically. **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated:  October 30, 2024

Gerard R. Vetter,
Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

       I hereby certify that on October 30, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Marc E. Albert marc.albert@stinson.com, porsche.barnes@stinson.com; dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Nancy L. Alper nancy.alper@dc.gov

Laura C. Beckerman laura.beckerman@dc.gov, mina.kasama@dc.gov

Joshua W. Cox Joshua.cox@stinson.com, porsche.barnes@stinson.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net;tcarroll@carltonfields.com

William C. Johnson, Jr. William@JohnsonLG.Law, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

Michael D. Nord mnord@gebsmith.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Elizabeth Drayden Peters epeters@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ruiqiao Wen ruiqiao.wen@stinson.com

Stephon Woods stephon.woods@dc.gov


                                                */s/ Robert W. Ours*
                                                Robert W. Ours
                                                Paralegal Specialist