US Trustee Form 11 - Monthly Operating Report
2440 S St SE LLC
Case No. 24-00188
Lead Case No. 24-00180

Period ending 12/31/2024

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 2440 S St SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### DECEMBER 2024

### Prepared for:

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Mark Albert Chapter 11 Trustee**
**2440 S St SE LLC**
**December 2024 Monthly Operational Summary**

Below is a summary of the property management activity during the month of December 2024.

**Income:** During the month $00.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $90,368.00.**
See attached aged Delinquency Report for the month of December 2024.

**Vacancies – 4 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $7,166.32 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of December 31, 2024, the outstanding payable total totaled $8,817.00. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $6,822.50 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of December 31, 2024, the account statement balance was $659.18. The available and reconciled cash balance as of December 31, 2024, was $659.18.

2. Disbursement Account (Axos Bank) As of December 31, 2024, the account statement balance was $1,085.00. The available and reconciled cash balance as of December 31, 2024, was $-3,649.50.

3. Owner's Account (Axos Bank) - As of December 31, 2024, the account statement balance was $62,375.68. The available and reconciled cash balance as of December 31, 2024, was $62,375.68.

**2440 S St SE LLC**
**Deposit Register**
**Deposit Date = 12/01/2024 - 12/31/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|------|----------|------|--------|--------|--------------|--------|---------|
| **Grand Total** | | | | | | **0.00** | |

**2440 S St SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending December 31, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---|---|
| | **Rental Income** | | |
| | **Total Rental Income** | - | - |
| | **Vacancies/Concessions** | | |
| | **Total Vacancies/Concessions** | - | - |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | - | 33,277.00 |
| | **Total Miscellaneous Income** | - | 33,277.00 |
| | **TOTAL INCOME** | $ - | $ 33,277.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| 6102 | Bank Fees | 3.00 | 3.00 |
| 6311 | Office/Telephone Expense | 340.82 | 340.82 |
| 6320 | Management Fee | 5,832.50 | 5,832.50 |
| 6353 | Software/Technical Support | 490.00 | 490.00 |
| | **Total Administrative Expenses** | 6,666.32 | 6,666.32 |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| 6525 | Garbage and Trash Removal | 500.00 | 500.00 |
| | **Total Operating & Maintenance Expense** | 500.00 | 500.00 |
| | **Insurance & Taxes** | | |
| | **Total Insurance & Taxes** | - | - |
| | **TOTAL OPERATING EXPENSE** | $ 7,166.32 | $ 7,166.32 |
| | **NET OPERATING INCOME/(LOSS)** | $ (7,166.32) | $ 26,110.68 |
| | **Financial Expenses** | | |
| | **Total Financial Expenses** | - | - |
| | **NET INCOME (LOSS)** | $ (7,166.32) | $ 26,110.68 |

**2440 S St SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending December 31, 2024**

| Account Description | MTD Actual | YTD Actual |
|---|---|---|
| **Replacement Reserve Item Expense** | | |
| **Total Replacement Reserve Item Expense** | - | - |
| **Other Cash Flow Items** | | |
| **Total Other Cash Flow Items** | - | - |
| **TOTAL CASH FLOW** | $ (7,166.32) | $ 26,110.68 |

**2440 S St SE LLC**
**General Ledger (Cash)**
Month = Dec 2024

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6102** | | | **Bank Fees** | | | | | **0.00 = Beginning Balance =** | |
| 2440 | 12/31/2024 | 12-2024 | PNC Bank (4678) | J-72467 | | 3.00 | 0.00 | 3.00 | 12/24 Bank Service Charge |
| | | | Net Change=3.00 | | | | | **3.00 = Ending Balance =** | |
| | | | | | | | | | |
| **6311** | | | **Office/Telephone Expense** | | | | | **0.00 = Beginning Balance =** | |
| 2440 | 12/31/2024 | 12-2024 | PNC Bank (4678) | J-72467 | | 340.82 | 0.00 | 340.82 | 12/24 Bank Supplies |
| | | | Net Change=340.82 | | | | | **340.82 = Ending Balance =** | |
| | | | | | | | | | |
| **6320** | | | **Management Fee** | | | | | **0.00 = Beginning Balance =** | |
| 2440 | 12/19/2024 | 12-2024 | Noble Realty Advisors LLC (noble) | K-154550 | 102 | 2,333.00 | 0.00 | 2,333.00 | Monthly Mgt Fee |
| 2440 | 12/19/2024 | 12-2024 | Noble Realty Advisors LLC (noble) | K-154550 | 102 | 2,333.00 | 0.00 | 4,666.00 | Monthly Mgt Fee |
| 2440 | 12/19/2024 | 12-2024 | Noble Realty Advisors LLC (noble) | K-154550 | 102 | 1,166.50 | 0.00 | 5,832.50 | 08/15 - 08/31 Mgt Fee |
| | | | Net Change=5,832.50 | | | | | **5,832.50 = Ending Balance =** | |
| | | | | | | | | | |
| **6353** | | | **Software/Technical Support** | | | | | **0.00 = Beginning Balance =** | |
| 2440 | 12/19/2024 | 12-2024 | Noble Realty Advisors LLC (noble) | K-154550 | 102 | 490.00 | 0.00 | 490.00 | Software 11/2024 |
| | | | Net Change=490.00 | | | | | **490.00 = Ending Balance =** | |
| | | | | | | | | | |
| **6525** | | | **Garbage and Trash Removal** | | | | | **0.00 = Beginning Balance =** | |
| 2440 | 12/19/2024 | 12-2024 | D&K Trash Removal (dktrash) | K-154549 | 101 | 500.00 | 0.00 | 500.00 | Bulk trash removal |
| | | | Net Change=500.00 | | | | | **500.00 = Ending Balance =** | |
| | | | **Grand Total** | | | **7,166.32** | **0.00** | | |

**2440 S St SE LLC**
**Trial Balance (Cash)**
Month = Dec 2024

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 70,801.00 | 0.00 | 70,141.82 | 659.18 |
| 1016 | Owner's Account | 0.00 | 62,975.50 | 0.00 | 62,975.50 |
| 1038 | Operating Account - 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2090 | Other Current Liabilities | (37,524.00) | 0.00 | 0.00 | (37,524.00) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5990 | Miscellaneous Income | (33,277.00) | 0.00 | 0.00 | (33,277.00) |
| 6102 | Bank Fees | 0.00 | 3.00 | 0.00 | 3.00 |
| 6311 | Office/Telephone Expense | 0.00 | 340.82 | 0.00 | 340.82 |
| 6320 | Management Fee | 0.00 | 5,832.50 | 0.00 | 5,832.50 |
| 6353 | Software/Technical Support | 0.00 | 490.00 | 0.00 | 490.00 |
| 6525 | Garbage and Trash Removal | 0.00 | 500.00 | 0.00 | 500.00 |
| | **Grand Total** | **0.00** | **70,141.82** | **70,141.82** | **0.00** |

**2440 S St SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Dec 2024**

| Account | Dec 2024 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 659.18 |
| Owner's Account | 62,975.50 |
| **TOTAL CASH** | $ 63,634.68 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 63,634.68** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 37,524.00 |
| **TOTAL CURRENT LIABILITIES** | $ 37,524.00 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 26,110.68 |
| **TOTAL OWNER'S EQUITY** | $ 26,110.68 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 63,634.68** |

**2440 S St SE LLC**
**Residential Rent Roll**

**As of Date 12/31/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|------------|--------|-----------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | t0008198 | Summer Arrington | 1,912.00 | 1,912.00 | 0.00 | 0.00 | 9/1/2024 | | | 7,648.00 |
| 02 | 2 | 0 | t0008199 | Shanta A Williams | 2,487.00 | 2,487.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,948.00 |
| 03 | 2 | 0 | t0008200 | Emonie Thompson | 2,400.00 | 2,400.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,600.00 |
| 04 | 2 | 0 | t0008201 | Kamesha Nelson | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,756.00 |
| 05 | 2 | 0 | t0008202 | Shevonne Edmunds | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,756.00 |
| 06 | 2 | 0 | t0008203 | Ronetta Higgins | 2,400.00 | 2,400.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,600.00 |
| 07 | 2 | 0 | t0008204 | Charmayne Mcnair | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,756.00 |
| 08 | 2 | 0 | t0008205 | Sarina Washington | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,756.00 |
| 09 | 2 | 0 | t0008206 | Demyria Myles | 2,448.00 | 2,448.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,792.00 |
| 10 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 11 | 2 | 0 | t0008207 | Juanita Hall | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,756.00 |
| 12 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 13 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 14 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|--|---------------|-------------|---------------|------------------|---------------|-----------|-----------|---------|
| Current/Notice Res. | | | 22,592.00 | 0.00 | 0.00 | | | 90,368.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 22,592.00 | | | | 10 | 71.43% | |
| Vacant Units | 0 | 0.00 | | | | 4 | 28.57% | |
| Totals: | 0 | 22,592.00 | 22,592.00 | 0.00 | 0 | 14 | 100.00% | 90,368.00 |

## Receivables Report

Detail by Resident
Property:  2440 S St SE LLC (2440)
Trans through :12/2024

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------:|------------:|-------------:|-------------:|-------------:|------------:|--------:|
| **2440** | **- 2440 S St SE LLC** | | | | | | | | |
| 01 | t0008198 | Summer Arrington | 7,648.00 | 1,912.00 | 1,912.00 | 0.00 | 3,824.00 | 0.00 | 7,648.00 |
| 02 | t0008199 | Shanta A Williams | 9,948.00 | 2,487.00 | 2,487.00 | 0.00 | 4,974.00 | 0.00 | 9,948.00 |
| 03 | t0008200 | Emonie Thompson | 9,600.00 | 2,400.00 | 2,400.00 | 0.00 | 4,800.00 | 0.00 | 9,600.00 |
| 04 | t0008201 | Kamesha Nelson | 8,756.00 | 2,189.00 | 2,189.00 | 0.00 | 4,378.00 | 0.00 | 8,756.00 |
| 05 | t0008202 | Shevonne Edmunds | 8,756.00 | 2,189.00 | 2,189.00 | 0.00 | 4,378.00 | 0.00 | 8,756.00 |
| 06 | t0008203 | Ronetta Higgins | 9,600.00 | 2,400.00 | 2,400.00 | 0.00 | 4,800.00 | 0.00 | 9,600.00 |
| 07 | t0008204 | Charmayne Mcnair | 8,756.00 | 2,189.00 | 2,189.00 | 0.00 | 4,378.00 | 0.00 | 8,756.00 |
| 08 | t0008205 | Sarina Washington | 8,756.00 | 2,189.00 | 2,189.00 | 0.00 | 4,378.00 | 0.00 | 8,756.00 |
| 09 | t0008206 | Demyria Myles | 9,792.00 | 2,448.00 | 2,448.00 | 0.00 | 4,896.00 | 0.00 | 9,792.00 |
| 11 | t0008207 | Juanita Hall | 8,756.00 | 2,189.00 | 2,189.00 | 0.00 | 4,378.00 | 0.00 | 8,756.00 |
| **Total 2440** | | | **90,368.00** | **22,592.00** | **22,592.00** | **0.00** | **45,184.00** | **0.00** | **90,368.00** |
| **Total** | | | **90,368.00** | **22,592.00** | **22,592.00** | **0.00** | **45,184.00** | **0.00** | **90,368.00** |

**2440 S St SE LLC**
**Payable - Aging Summary**
**Age as of =12/31/2024**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **2440 - 2440 S St SE LLC** | | | | | |
| jmartinez | 1,700.00 | 0.00 | 0.00 | 1,700.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 3,183.00 | 3,183.00 | 0.00 | 0.00 | 0.00 |
| raysmith - Raymond Smith DBA | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 |
| vision - Vision Realty Management, LLC | 462.00 | 462.00 | 0.00 | 0.00 | 0.00 |
| whiteglove - White Glove Commercial Cleaning | 972.00 | 972.00 | 0.00 | 0.00 | 0.00 |
| **Total 2440 S St SE LLC** | **8,817.00** | **4,617.00** | **2,500.00** | **1,700.00** | **0.00** |
| **Grand Total** | **8,817.00** | **4,617.00** | **2,500.00** | **1,700.00** | **0.00** |

**2440 S St SE LLC**
**Payment Summary**
**Payment Date = 12/01/2024 - 12/31/2024**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| 2440s2 - 2440 S St Disbursement | 101 | dktrash - D&K Trash Removal | 12/19/2024 | 12-2024 | 500.00 | 12/31/2024 |
| 2440s2 - 2440 S St Disbursement | 102 | noble - Noble Realty Advisors LLC | 12/19/2024 | 12-2024 | 6,322.50 | |
| **Grand Total** | | | | | **6,822.50** | |

**2440 PNC Bank**

**Bank Reconciliation Report**

**12/31/2024**

████4678

| | |
|---|---:|
| **Balance Per Bank Statement as of 12/31/2024** | 659.18 |
| **Reconciled Bank Balance** | 659.18 |
| | |
| **Balance per GL as of 12/31/2024** | 659.18 |
| **Reconciled Balance Per G/L** | 659.18 |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Business Checking

PNC Bank

**For the period 11/30/2024 to 12/31/2024**

Primary account number: XX-XXXX-4678

Page 1 of 3

Number of enclosures: 0

```
2440 S STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE
STE 800
1775 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-4760
```

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

☎ For customer service call 1-877-BUS-BNKG
(1-877-287-2654)
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG
(1-877-287-2654)

**Moving?** Please contact your local branch.

✉ Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh , PA 15230-9738

🖥 Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT NOTIFICATION

PNC Online Banking is an easy and convenient way to manage your cash flow. **Enroll in PNC Online Banking by visiting PNC.com/Enroll.** To enroll, you will need your business employer identification number (EIN) or Social Security Number (SSN), Online Access PIN and PNC Account Number. Your Online Access PIN is a 4-digit number that you may have set when you opened your account or received in the mail after opening your account.

## IMPORTANT ACCOUNT INFORMATION

**Effective January 1, 2025,** charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earnings Credit for your account.

Treasury Management services, which may be subject to change, include but are not limited to Automated Clearing House (ACH), Cash Logistics, Cash Flow Insight, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Print Mail, Purchase Card, Real Time Payments, Remote Deposit, Wire Transfer services.

**Among the changes that become effective January 1, 2025, the following Wire Fees will be impacted for Business Banking clients, including but not limited to the following:**

The fee for INCOMING BOOK TRANSFERS will be $5.50 each.
The fee for INCOMING INTERNATIONAL WIRE TRANSFERS will be $21 each.

The fee for WIRE TRANSFER MANUAL REPAIR will be $18 each.
The fee for WIRE COPIES will be $21 each.

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Schedules of Service Charges and Fees and our Features and Fees

# Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period    **11/30/2024** to **12/31/2024**
2440 S STREET SE LLC #24-00180
Primary account number: XX-XXXX-4678
Page 2 of 3

("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

Effective October 14, 2024, the $3.00 fee for Debit Card Cash Advances completed in PNC Bank Branches has been eliminated.

## Business Checking Summary

Account number: XX-XXXX-4678

2440 S STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 70,801.00 | 0.00 | 70,141.82 | 659.18 |
| | | | Average ledger balance | Average collected balance |
| | | | 35,761.38 | 35,761.38 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | 0.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 69,798.00 |
| Service Charges and Fees | 2 | 343.82 |
| Total | 3 | 70,141.82 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 11/30 | 70,801.00 | 12/16 | 1,000.00 |
| 12/09 | 70,798.00 | 12/19 | 659.18 |

## Activity Detail

### Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 12/16 | 000 | 69,798.00 | 019743605 | | | | |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/09 | 3.00 | Counter Check Fee | PK58597 |
| 12/19 | 340.82 | Order For Checks and Supplies | 0002435301139727267 |

# Business Checking

⌨ For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period    **11/30/2024 to 12/31/2024**
2440 S STREET SE LLC #24-00180
Primary account number: XX-XXXX-4678

Business Checking Account number: XX-XXXX-4678 - continued    Page 3 of 3

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 01/02/2025 and will appear on your next statement as a single line item entitled Service
Charge Period Ending 12/31/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

**2440 S St Disbursement**

**Bank Reconciliation Report**

**12/31/2024**

████████2844

| | | | |
|---|---|---|---|
| **Balance Per Bank Statement as of 12/31/2024** | | | **6,322.50** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 12/19/2024 | 102 | noble - Noble Realty Advisors LLC | 6,322.50 |
| **Less:** | **Outstanding Checks** | | **6,322.50** |
| | **Reconciled Bank Balance** | | **0.00** |

| | | |
|---|---|---|
| **Balance per GL as of 12/31/2024** | | **0.00** |
| | **Reconciled Balance Per G/L** | **0.00** |

| | | |
|---|---|---|
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Transaction Report



## Transaction Report for account *2844

Reported on Tue Jan 21 15:36:00 GMT 2025

**Available Balance** $6,322.50
**Collected Balance** $6,322.50
**Current Balance** $6,322.50
**Closing Ledger** $6,322.50
**Last Activity Date** 12/23/2024
**Float Amount** $0.00
**Hold Amount** $0.00
**Last Deposit Amount** $6,822.50
**Last Deposit Date** 12/18/2024
**Credit Line / Overdraft Amount** $0.00

| Date | | Description | Credit | Debit | Calculated Balance |
|---|---|---|---|---|---|
| 12/23/2024 | 101 | Inclearing Check | | 500.00 | 6322.50 |
| 12/18/2024 | | MyDeposit | 6822.50 | | 6822.50 |

**Marc Albert Trustee A**

**Bank Reconciliation Report**

**12/31/2024**

**XXXX 0612**

| | |
|---|---:|
| **Balance Per Bank Statement as of 12/31/2024** | 62,975.50 |
| **Reconciled Bank Balance** | 62,975.50 |
| | |
| **Balance per GL as of 12/31/2024** | 62,975.50 |
| **Reconciled Balance Per G/L** | 62,975.50 |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 24-00188

Case Name: 2440 S ST SE LLC

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0612

Checking

Taxpayer ID No: XX-XXX5719

For Period Ending: 01/10/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/10/24 | | 2440 S Street SE LLC<br>Marc Albert, Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Account Sweep | 0000-00 | $69,798.00 | | $69,798.00 |
| 12/12/24 | 2001 | 2440 S ST SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $6,822.50 | $62,975.50 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:     $69,798.00     $6,822.50

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0612 - Checking | $0.00 | $0.00 | $62,975.50 |
|  | $0.00 | $0.00 | $62,975.50 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:      /s/ Marc E. Albert DC Ch 11      Date: 01/10/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                                    $0.00                    $0.00