US Trustee Form 11 - Monthly Operating Report

2440 S St SE LLC

Case No. 24-00188

Lead Case No. 24-00180

Period ending 06/30/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

Part 7.a. The following payments were made at settlement on pre-petition balances in connection with the sale of the asset:

|  |  |
|---|---|
| DC Water | $45,516.09 |
| DC Office of Tax & Revenue – RE Taxes | $ 9,981.71 |

# 2440 S St SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### JUNE 2025

### Prepared for:

Marc E. Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Marc E. Albert, Chapter 11 Trustee**
**2440 S St SE LLC**
**June 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of June 2025.

**Income: During** the month $11,117.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $43,064.00.**
See attached aged Delinquency Report for the month of June 2025.

**Vacancies – 7 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $13,808.48 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of June 30, 2025, the outstanding payable total was $35,348.63. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $13,558.48 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of June 30, 2025, the account statement balance was $659.18. The available and reconciled cash balance as of June 30, 2025, was $659.18.

2. Disbursement Account (Axos Bank) As of June 30, 2025, the account statement balance was $39,863.71. The available and reconciled cash balance as of June 30, 2025, was $27,685.35.

3. Owner's Account (Axos Bank) - As of June 30, 2025, the account statement balance was $2,054.02. The available and reconciled cash balance as of June 30, 2025, was $2,054.02.

**2440 S St SE LLC**
**Deposit Register**
**Deposit Date = 06/01/2025 - 06/30/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|------|----------|------|--------|--------|--------------|--------|---------|
| **(2440s2) - 11  06/13/2025** | | | | | | | |
| Arrington,Summer | 2440 | 01 | t0008198 | 06-2025 | 6/13/2025 | 1,912.00 | 3312 |
| Williams,Shanta A | 2440 | 02 | t0008199 | 06-2025 | 6/13/2025 | 2,427.00 | 3312 |
| Edmunds,Shevonne | 2440 | 05 | t0008202 | 06-2025 | 6/13/2025 | 2,129.00 | 3312 |
| Mcnair,Charmayne | 2440 | 07 | t0008204 | 06-2025 | 6/13/2025 | 2,129.00 | 3312 |
| McClean Dowdy,Devina | 2440 | 10 | t0008467 | 06-2025 | 6/13/2025 | 2,400.00 | 3312 |
| **Total (2440s2) - 11  06/13/2025** | | | | | | **10,997.00** | |
| | | | | | | | |
| **(2440s2) - 12  06/13/2025** | | | | | | | |
| Williams,Shanta A | 2440 | 02 | t0008199 | 06-2025 | 6/13/2025 | 60.00 | 78006121402 |
| Williams,Shanta A | 2440 | 02 | t0008199 | 06-2025 | 6/13/2025 | 60.00 | 78033660320 |
| **Total (2440s2) - 12  06/13/2025** | | | | | | **120.00** | |
| **Grand Total** | | | | | | **11,117.00** | |

**2440 S St SE LLC**
**Actual vs Budget Comparison Statement**
**Books = Cash**
**For the period ending June 30, 2025**

| | Account Description | MTD Actual | MTD Budget | $ Variance | YTD Actual | YTD Budget | $ Variance | Annual Remaining | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|
| | **Rental Income** | | | | | | | | |
| 5120 | Rent Income | 1,792.00 | - | 1,792.00 | 24,028.00 | - | 24,028.00 | (24,028.00) | - |
| 5121 | Housing Assist Payments | 9,085.00 | 16,638.00 | (7,553.00) | 42,998.00 | 99,828.00 | (56,830.00) | 56,830.00 | 99,828.00 |
| | **Total Rental Income** | 10,877.00 | 16,638.00 | (5,761.00) | 67,026.00 | 99,828.00 | (32,802.00) | 32,802.00 | 99,828.00 |
| | **Miscellaneous Income** | | | | | | | | |
| 5174 | Water Fee | 240.00 | - | 240.00 | 1,020.00 | - | 1,020.00 | (1,020.00) | - |
| | **Total Miscellaneous Income** | 240.00 | - | 240.00 | 1,020.00 | - | 1,020.00 | (1,020.00) | - |
| | **TOTAL INCOME** | $ 11,117.00 | $ 16,638.00 | $ (5,521.00) | $ 68,046.00 | $ 99,828.00 | $ (31,782.00) | $ 31,782.00 | $ 99,828.00 |
| | **EXPENSES** | | | | | | | | |
| | **Administrative Expenses** | | | | | | | | |
| 6102 | Bank Fees | - | 15.00 | (15.00) | - | 90.00 | (90.00) | 90.00 | 90.00 |
| 6301 | Legal Services | - | 4,756.00 | (4,756.00) | - | 25,776.00 | (25,776.00) | 25,776.00 | 25,776.00 |
| 6310 | Office Salaries | 531.80 | - | 531.80 | 1,688.60 | - | 1,688.60 | (1,688.60) | - |
| 6311 | Office/Telephone Expense | 186.23 | 15.00 | 171.23 | 923.23 | 90.00 | 833.23 | (833.23) | 90.00 |
| 6320 | Management Fee | 5,443.67 | 2,333.00 | 3,110.67 | 17,108.67 | 13,998.00 | 3,110.67 | (3,110.67) | 13,998.00 |
| 6330 | Manager Salary | 2,536.12 | 538.00 | 1,998.12 | 3,448.14 | 3,228.00 | 220.14 | (220.14) | 3,228.00 |
| 6351 | Accounting/Computer Fee | - | 500.00 | (500.00) | - | 3,000.00 | (3,000.00) | 3,000.00 | 3,000.00 |
| 6390 | Misc/Admin Expense | 1,380.12 | 84.00 | 1,296.12 | 10,263.58 | 504.00 | 9,759.58 | (9,759.58) | 504.00 |
| | **Total Administrative Expenses** | 10,077.94 | 8,241.00 | 1,836.94 | 33,432.22 | 46,686.00 | (13,253.78) | 13,253.78 | 46,686.00 |
| | **Utilities** | | | | | | | | |
| 6450 | Electricity | - | 75.00 | (75.00) | 1,217.49 | 450.00 | 767.49 | (767.49) | 450.00 |
| 6451 | Water/Sewer | - | 2,333.00 | (2,333.00) | 8,000.00 | 13,998.00 | (5,998.00) | 5,998.00 | 13,998.00 |
| 6452 | Gas | - | 300.00 | (300.00) | - | 1,800.00 | (1,800.00) | 1,800.00 | 1,800.00 |
| | **Total Utilities** | - | 2,708.00 | (2,708.00) | 9,217.49 | 16,248.00 | (7,030.51) | 7,030.51 | 16,248.00 |
| | **Operating & Maintenance Expense** | | | | | | | | |
| 6510 | Maintenance/Cleaning Payroll | 1,784.65 | 455.00 | 1,329.65 | 2,394.94 | 2,730.00 | (335.06) | 335.06 | 2,730.00 |
| 6515 | Supplies | - | 75.00 | (75.00) | - | 450.00 | (450.00) | 450.00 | 450.00 |
| 6520 | Maintenance Contracts | 1,150.00 | 1,345.00 | (195.00) | 6,411.82 | 8,070.00 | (1,658.18) | 1,658.18 | 8,070.00 |
| 6521 | Janitor & Cleaning Contract | - | 972.00 | (972.00) | 6,804.00 | 3,366.00 | 3,438.00 | (3,438.00) | 3,366.00 |
| 6522 | Pest Control Management | - | 350.00 | (350.00) | - | 1,125.00 | (1,125.00) | 1,125.00 | 1,125.00 |
| 6523 | Landscape Maintenance | - | 500.00 | (500.00) | 2,630.00 | 2,700.00 | (70.00) | 70.00 | 2,700.00 |
| 6525 | Garbage and Trash Removal | - | 350.00 | (350.00) | 3,500.00 | 2,100.00 | 1,400.00 | (1,400.00) | 2,100.00 |
| 6530 | Security Contract | - | 7,800.00 | (7,800.00) | - | 23,400.00 | (23,400.00) | 23,400.00 | 23,400.00 |
| 6546 | HVAC Repairs and Maint | - | - | - | 3,420.00 | 500.00 | 2,920.00 | (2,920.00) | 500.00 |
| 6548 | Snow Removal | - | - | - | 2,905.00 | 1,340.00 | 1,565.00 | (1,565.00) | 1,340.00 |
| 6551 | Plumbing Repairs | - | 100.00 | (100.00) | - | 600.00 | (600.00) | 600.00 | 600.00 |
| 6561 | Unit Turnover - Vacant | - | - | - | - | 500.00 | (500.00) | 500.00 | 500.00 |
| 6565 | Painting & Decorating - Occupied | - | 75.00 | (75.00) | - | 450.00 | (450.00) | 450.00 | 450.00 |

**2440 S St SE LLC**
**Actual vs Budget Comparison Statement**
**Books = Cash**
**For the period ending June 30, 2025**

| | Account Description | MTD Actual | MTD Budget | $ Variance | YTD Actual | YTD Budget | $ Variance | Annual Remaining | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|
| 6576 | Fire Alarm Maintenance | - | - | - | - | 200.00 | (200.00) | 200.00 | 200.00 |
| 6590 | Misc Oper/Main Expense | - | 100.00 | (100.00) | - | 600.00 | (600.00) | 600.00 | 600.00 |
| | **Total Operating & Maintenance Expense** | 2,934.65 | 12,122.00 | (9,187.35) | 28,065.76 | 48,131.00 | (20,065.24) | 20,065.24 | 48,131.00 |
| | **Insurance & Taxes** | | | | | | | | |
| 6710 | Real Estate Taxes | - | 744.00 | (744.00) | 3,626.36 | 4,464.00 | (837.64) | 837.64 | 4,464.00 |
| 6711 | Payroll Taxes | 353.59 | - | 353.59 | 590.90 | - | 590.90 | (590.90) | - |
| 6712 | Payroll Expenses (Properties) | 96.86 | - | 96.86 | 161.39 | - | 161.39 | (161.39) | - |
| 6720 | Property & Liability Ins | - | 250.00 | (250.00) | 158.19 | 1,500.00 | (1,341.81) | 1,341.81 | 1,500.00 |
| 6722 | Worker's Compensation | 69.57 | - | 69.57 | 108.53 | - | 108.53 | (108.53) | - |
| 6723 | Health Ins/Other Emp Bene | - | - | - | 38.02 | - | 38.02 | (38.02) | - |
| 6724 | Employer Match Contribution 403B | 25.87 | - | 25.87 | 25.87 | - | 25.87 | (25.87) | - |
| 6790 | Misc Taxes, Lic, Permits | 250.00 | - | 250.00 | 1,032.00 | - | 1,032.00 | (1,032.00) | - |
| | **Total Insurance & Taxes** | 795.89 | 994.00 | (198.11) | 5,741.26 | 5,964.00 | (222.74) | 222.74 | 5,964.00 |
| | **TOTAL OPERATING EXPENSE** | $ 13,808.48 | $ 24,065.00 | $ (10,256.52) | $ 76,456.73 | $ 117,029.00 | $ (40,572.27) | $ 40,572.27 | $ 117,029.00 |
| | **NET OPERATING INCOME/(LOSS)** | $ (2,691.48) | $ (7,427.00) | $ 4,735.52 | $ (8,410.73) | $ (17,201.00) | $ 8,790.27 | $ (8,790.27) | $ (17,201.00) |
| | **Financial Expenses** | | | | | | | | |
| | **Total Financial Expenses** | - | - | - | - | - | - | - | - |
| | **NET INCOME (LOSS)** | $ (2,691.48) | $ (7,427.00) | $ 4,735.52 | $ (8,410.73) | $ (17,201.00) | $ 8,790.27 | $ (8,790.27) | $ (17,201.00) |
| | **Replacement Reserve Item Expense** | | | | | | | | |
| 7010 | Appliance Replacements | - | 750.00 | (750.00) | - | 1,500.00 | (1,500.00) | 1,500.00 | 1,500.00 |
| | **Total Replacement Reserve Item Expense** | - | 750.00 | (750.00) | - | 1,500.00 | (1,500.00) | 1,500.00 | 1,500.00 |
| | **Other Cash Flow Items** | | | | | | | | |
| 5490 | Interest Income - Other | 12.23 | - | 12.23 | 22.84 | - | 22.84 | (22.84) | - |
| | **Total Other Cash Flow Items** | 12.23 | - | 12.23 | 22.84 | - | 22.84 | (22.84) | - |
| | **TOTAL CASH FLOW** | $ (2,679.25) | $ (8,177.00) | $ 5,497.75 | $ (8,387.89) | $ (18,701.00) | $ 10,313.11 | $ (10,313.11) | $ (18,701.00) |

**2440 S St SE LLC**
**General Ledger (Cash)**
**Month = Jun 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6310** | | | **Office Salaries** | | | | | **1,156.80** | **= Beginning Balance =** |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 177.27 | 0.00 | 1,334.07 | 2440 PPE 041825 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 44.32 | 0.00 | 1,378.39 | 2440 PR 050225 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 88.63 | 0.00 | 1,467.02 | PR 051625 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 132.95 | 0.00 | 1,599.97 | PR 032125 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 88.63 | 0.00 | 1,688.60 | PPE 052325 PD 053025 2440 |
| | | | **Net Change=531.80** | | | | | **1,688.60** | **= Ending Balance =** |
| **6311** | | | **Office/Telephone Expense** | | | | | **737.00** | **= Beginning Balance =** |
| 2440 | 6/27/2025 | 06-2025 | Expedited Courier Group (ecg) | K-159852 | 124 | 100.49 | 0.00 | 837.49 | Stinson to Noble 4/24/25 |
| 2440 | 6/27/2025 | 06-2025 | Expedited Courier Group (ecg) | K-159852 | 124 | 85.74 | 0.00 | 923.23 | GWUL to Noble 5/23/25 |
| | | | **Net Change=186.23** | | | | | **923.23** | **= Ending Balance =** |
| **6320** | | | **Management Fee** | | | | | **11,665.00** | **= Beginning Balance =** |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 777.67 | 0.00 | 12,442.67 | Monthly Mgt Fee, Prorate 6/1/25-6/10/25 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 2,333.00 | 0.00 | 14,775.67 | Monthly Mgt Fee |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 2,333.00 | 0.00 | 17,108.67 | Monthly Mgt Fee |
| | | | **Net Change=5,443.67** | | | | | **17,108.67** | **= Ending Balance =** |
| **6330** | | | **Manager Salary** | | | | | **912.02** | **= Beginning Balance =** |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 368.63 | 0.00 | 1,280.65 | 2440 PPE 041825 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 287.05 | 0.00 | 1,567.70 | 2440 PR 050225 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 226.62 | 0.00 | 1,794.32 | PR 051625 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 223.11 | 0.00 | 2,017.43 | PR 032125 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 15.86 | 0.00 | 2,033.29 | PPE 112224 PD 112924 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 108.78 | 0.00 | 2,142.07 | PPE 011725 PD 012425 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 92.91 | 0.00 | 2,234.98 | PPE 021425 PD 022125 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 45.32 | 0.00 | 2,280.30 | PPE 022825 PD 030725 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 46.46 | 0.00 | 2,326.76 | PPE 031425 PD 032125 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 91.78 | 0.00 | 2,418.54 | PPE 032825 PD 040425 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 181.29 | 0.00 | 2,599.83 | PPE 041125 PD 041825 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 183.56 | 0.00 | 2,783.39 | PPE 042525 PD 050225 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 185.83 | 0.00 | 2,969.22 | PPE 050925 PD 051625 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 185.83 | 0.00 | 3,155.05 | PPE 052325 PD 053025 (2) |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 293.09 | 0.00 | 3,448.14 | PPE 052325 PD 053025 2440 |
| | | | **Net Change=2,536.12** | | | | | **3,448.14** | **= Ending Balance =** |
| **6390** | | | **Misc/Admin Expense** | | | | | **8,883.46** | **= Beginning Balance =** |
| 2440 | 6/6/2025 | 06-2025 | 2501 Naylor Rd SE LLC (2501) | K-159215 | 606251 | 616.92 | 0.00 | 9,500.38 | TR 060625, 2501 DAWG Doors |
| 2440 | 6/6/2025 | 06-2025 | 4010 9th ST SE LLC (40109th) | K-159223 | 606252 | 124.02 | 0.00 | 9,624.40 | TR 060625, 4010 DAWG Doors |
| 2440 | 6/7/2025 | 06-2025 | 4301-4313 Wheeler RD SE LLC (wheeler) | K-159238 | 607251 | 639.18 | 0.00 | 10,263.58 | TR 0607251, DAWG Doors |
| | | | **Net Change=1,380.12** | | | | | **10,263.58** | **= Ending Balance =** |

**2440 S St SE LLC**
**General Ledger (Cash)**
**Month = Jun 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6450 | | | Electricity | | | | | 1,217.49 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 1,217.49 | = Ending Balance = |
| | | | | | | | | | |
| 6451 | | | Water/Sewer | | | | | 8,000.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 8,000.00 | = Ending Balance = |
| | | | | | | | | | |
| 6510 | | | Maintenance/Cleaning Payroll | | | | | 610.29 | = Beginning Balance = |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 435.21 | 0.00 | 1,045.50 | 2440 PPE 041825 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 408.92 | 0.00 | 1,454.42 | 2440 PR 050225 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 299.39 | 0.00 | 1,753.81 | PR 051625 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 334.44 | 0.00 | 2,088.25 | PR 032125 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 306.69 | 0.00 | 2,394.94 | PPE 052325 PD 053025 2440 |
| | | | Net Change=1,784.65 | | | | | 2,394.94 | = Ending Balance = |
| | | | | | | | | | |
| 6520 | | | Maintenance Contracts | | | | | 5,261.82 | = Beginning Balance = |
| 2440 | 6/27/2025 | 06-2025 | Jack Martinez (jmartinez) | K-159853 | 125 | 1,150.00 | 0.00 | 6,411.82 | Maintenance repairs in several units |
| | | | Net Change=1,150.00 | | | | | 6,411.82 | = Ending Balance = |
| | | | | | | | | | |
| 6521 | | | Janitor & Cleaning Contract | | | | | 6,804.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 6,804.00 | = Ending Balance = |
| | | | | | | | | | |
| 6523 | | | Landscape Maintenance | | | | | 2,630.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 2,630.00 | = Ending Balance = |
| | | | | | | | | | |
| 6525 | | | Garbage and Trash Removal | | | | | 3,500.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 3,500.00 | = Ending Balance = |
| | | | | | | | | | |
| 6546 | | | HVAC Repairs and Maint | | | | | 3,420.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 3,420.00 | = Ending Balance = |
| | | | | | | | | | |
| 6548 | | | Snow Removal | | | | | 2,905.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 2,905.00 | = Ending Balance = |
| | | | | | | | | | |
| 6710 | | | Real Estate Taxes | | | | | 3,626.36 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 3,626.36 | = Ending Balance = |
| | | | | | | | | | |
| 6711 | | | Payroll Taxes | | | | | 237.31 | = Beginning Balance = |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 96.39 | 0.00 | 333.70 | 2440 PPE 041825 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 91.75 | 0.00 | 425.45 | 2440 PR 050225 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 50.17 | 0.00 | 475.62 | PR 051625 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 81.25 | 0.00 | 556.87 | PR 032125 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 34.03 | 0.00 | 590.90 | PPE 052325 PD 053025 2440 |
| | | | Net Change=353.59 | | | | | 590.90 | = Ending Balance = |

**2440 S St SE LLC**
**General Ledger (Cash)**
**Month = Jun 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6712** | | | **Payroll Expenses (Properties)** | | | | | **64.53** | **= Beginning Balance =** |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 23.46 | 0.00 | 87.99 | 2440 PPE 041825 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 23.46 | 0.00 | 111.45 | 2440 PR 050225 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 14.49 | 0.00 | 125.94 | PR 051625 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 19.71 | 0.00 | 145.65 | PR 032125 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 15.74 | 0.00 | 161.39 | PPE 052325 PD 053025 2440 |
| | | | **Net Change=96.86** | | | | | **161.39** | **= Ending Balance =** |
| | | | | | | | | | |
| **6720** | | | **Property & Liability Ins** | | | | | **158.19** | **= Beginning Balance =** |
| | | | **Net Change=0.00** | | | | | **158.19** | **= Ending Balance =** |
| | | | | | | | | | |
| **6722** | | | **Worker's Compensation** | | | | | **38.96** | **= Beginning Balance =** |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 18.39 | 0.00 | 57.35 | 2440 PPE 041825 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 19.46 | 0.00 | 76.81 | 2440 PR 050225 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 11.52 | 0.00 | 88.33 | PR 051625 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 13.35 | 0.00 | 101.68 | PR 032125 2440 |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 6.85 | 0.00 | 108.53 | PPE 052325 PD 053025 2440 |
| | | | **Net Change=69.57** | | | | | **108.53** | **= Ending Balance =** |
| | | | | | | | | | |
| **6723** | | | **Health Ins/Other Emp Bene** | | | | | **38.02** | **= Beginning Balance =** |
| | | | **Net Change=0.00** | | | | | **38.02** | **= Ending Balance =** |
| | | | | | | | | | |
| **6724** | | | **Employer Match Contribution 403B** | | | | | **0.00** | **= Beginning Balance =** |
| 2440 | 6/27/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159854 | 126 | 25.87 | 0.00 | 25.87 | 2440 PPE 041825 |
| | | | **Net Change=25.87** | | | | | **25.87** | **= Ending Balance =** |
| | | | | | | | | | |
| **6790** | | | **Misc Taxes, Lic, Permits** | | | | | **782.00** | **= Beginning Balance =** |
| 2440 | 6/30/2025 | 06-2025 | Marc Albert Trustee | J-75189 | | 250.00 | 0.00 | 1,032.00 | 06/17 30 Tax Return |
| | | | **Net Change=250.00** | | | | | **1,032.00** | **= Ending Balance =** |
| | | **Grand Total** | | | | **13,808.48** | **0.00** | | |

**2440 S St SE LLC**
**Trial Balance (Cash)**
**Month = Jun 2025**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1010 | Operating Cash | 659.18 | 0.00 | 0.00 | 659.18 |
| 1016 | Owner's Account | 2,291.79 | 0.00 | 237.77 | 2,054.02 |
| 1020 | Cash-Surplus | 96.00 | 0.00 | 0.00 | 96.00 |
| 1021 | Operating Reserve | 25,006.43 | 0.00 | 0.00 | 25,006.43 |
| 1038 | Operating Account - 2 | 30,126.83 | 0.00 | 2,441.48 | 27,685.35 |
| 2090 | Other Current Liabilities | (37,524.00) | 0.00 | 0.00 | (37,524.00) |
| 3800 | Retained Earnings | (26,364.87) | 0.00 | 0.00 | (26,364.87) |
| 5120 | Rent Income | (22,236.00) | 0.00 | 1,792.00 | (24,028.00) |
| 5121 | Housing Assist Payments | (33,913.00) | 0.00 | 9,085.00 | (42,998.00) |
| 5174 | Water Fee | (780.00) | 0.00 | 240.00 | (1,020.00) |
| 5490 | Interest Income - Other | (10.61) | 0.00 | 12.23 | (22.84) |
| 6310 | Office Salaries | 1,156.80 | 531.80 | 0.00 | 1,688.60 |
| 6311 | Office/Telephone Expense | 737.00 | 186.23 | 0.00 | 923.23 |
| 6320 | Management Fee | 11,665.00 | 5,443.67 | 0.00 | 17,108.67 |
| 6330 | Manager Salary | 912.02 | 2,536.12 | 0.00 | 3,448.14 |
| 6390 | Misc/Admin Expense | 8,883.46 | 1,380.12 | 0.00 | 10,263.58 |
| 6450 | Electricity | 1,217.49 | 0.00 | 0.00 | 1,217.49 |
| 6451 | Water/Sewer | 8,000.00 | 0.00 | 0.00 | 8,000.00 |
| 6510 | Maintenance/Cleaning Payroll | 610.29 | 1,784.65 | 0.00 | 2,394.94 |
| 6520 | Maintenance Contracts | 5,261.82 | 1,150.00 | 0.00 | 6,411.82 |
| 6521 | Janitor & Cleaning Contract | 6,804.00 | 0.00 | 0.00 | 6,804.00 |
| 6523 | Landscape Maintenance | 2,630.00 | 0.00 | 0.00 | 2,630.00 |
| 6525 | Garbage and Trash Removal | 3,500.00 | 0.00 | 0.00 | 3,500.00 |
| 6546 | HVAC Repairs and Maint | 3,420.00 | 0.00 | 0.00 | 3,420.00 |
| 6548 | Snow Removal | 2,905.00 | 0.00 | 0.00 | 2,905.00 |
| 6710 | Real Estate Taxes | 3,626.36 | 0.00 | 0.00 | 3,626.36 |
| 6711 | Payroll Taxes | 237.31 | 353.59 | 0.00 | 590.90 |
| 6712 | Payroll Expenses (Properties) | 64.53 | 96.86 | 0.00 | 161.39 |
| 6720 | Property & Liability Ins | 158.19 | 0.00 | 0.00 | 158.19 |
| 6722 | Worker's Compensation | 38.96 | 69.57 | 0.00 | 108.53 |
| 6723 | Health Ins/Other Emp Bene | 38.02 | 0.00 | 0.00 | 38.02 |
| 6724 | Employer Match Contribution 403B | 0.00 | 25.87 | 0.00 | 25.87 |
| 6790 | Misc Taxes, Lic, Permits | 782.00 | 250.00 | 0.00 | 1,032.00 |
| **Grand Total** | | **0.00** | **13,808.48** | **13,808.48** | **0.00** |

**2440 S St SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Jun 2025**

| Account | Jun 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 659.18 |
| Owner's Account | 2,054.02 |
| Cash-Surplus | 96.00 |
| Operating Reserve | 25,006.43 |
| Operating Account - 2 | 27,685.35 |
| **TOTAL CASH** | $ 55,500.98 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | $ 55,500.98 |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 37,524.00 |
| **TOTAL CURRENT LIABILITIES** | $ 37,524.00 |
| **LONG TERM LIABILITIES** | |
| **TOTAL LIABILITIES** | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 17,976.98 |
| **TOTAL OWNER'S EQUITY** | $ 17,976.98 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | $ 55,500.98 |

**2440 S St SE LLC**
**Residential Rent Roll**

**As of Date 06/30/2025**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|-------------|--------|------------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 02 | 4-br | 0 | t0008199 | Shanta A Williams | 2,487.00 | 2,487.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,948.00 |
| 03 | 3-br | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 04 | 2 | 0 | VACANT | VACANT | 2,189.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 05 | 2 | 0 | VACANT | VACANT | 2,189.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 06 | 2 | 0 | t0008203 | Ronetta Higgins | 2,400.00 | 2,400.00 | 0.00 | 0.00 | 9/1/2024 | | | 24,000.00 |
| 07 | 3-br | 0 | t0008204 | Charmayne Mcnair | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,116.00 |
| 08 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 09 | 2 | 0 | VACANT | VACANT | 2,448.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 10 | 3-br | 0 | t0008467 | Devina McClean Dowdy | 2,400.00 | 2,400.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |
| 11 | 3-br | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---------------|-------------|---------------|------------------|---------------|-----------|-----------|---------|
| Current/Notice Res. | | | 9,476.00 | 0.00 | 0.00 | | | 43,064.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | | | | | | | | |
| Occupied Units | 0 | 9,476.00 | | | | 4 | 36.36% | |
| Vacant Units | 0 | 6,826.00 | | | | 7 | 63.64% | |
| Totals: | 0 | 16,302.00 | 9,476.00 | 0.00 | 0 | 11 | 100.00% | 43,064.00 |

**Aged Receivables Report**

Detail by Resident
Property:  2440 S St SE LLC (2440)
Trans through :6/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------|-------------|--------------|--------------|--------------|-------------|---------|
| **2440** | **- 2440 S St SE LLC** | | | | | | | | |
| 02 | t0008199 | Shanta A Williams | 9,948.00 | 0.00 | 0.00 | 0.00 | 9,948.00 | 0.00 | 9,948.00 |
| 06 | t0008203 | Ronetta Higgins | 24,000.00 | 2,400.00 | 2,400.00 | 2,400.00 | 16,800.00 | 0.00 | 24,000.00 |
| 07 | t0008204 | Charmayne Mcnair | 9,116.00 | 60.00 | 60.00 | 60.00 | 8,936.00 | 0.00 | 9,116.00 |
| **Total 2440** | | | **43,064.00** | **2,460.00** | **2,460.00** | **2,460.00** | **35,684.00** | **0.00** | **43,064.00** |
| **Total** | | | **43,064.00** | **2,460.00** | **2,460.00** | **2,460.00** | **35,684.00** | **0.00** | **43,064.00** |

### 2440 S St SE LLC
### Payable - Aging Summary
### Age as of =06/30/2025

| Property Code - Name Vendor Code - Name | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | Over 90 Owed |
|---|---|---|---|---|---|
| **2440 - 2440 S St SE LLC** | | | | | |
| 4400 - 4400 Hunt Place NE LLC | 632.76 | 0.00 | 158.19 | 158.19 | 316.38 |
| dc - DC Water and Sewer Authority | 32,119.73 | 3,417.42 | 0.00 | 3,600.67 | 25,101.64 |
| noble - Noble Realty Advisors LLC | 1,990.70 | 1,990.70 | 0.00 | 0.00 | 0.00 |
| wb Waste Solutions | 605.44 | 605.44 | 0.00 | 0.00 | 0.00 |
| **Total 2440 S St SE LLC** | **35,348.63** | **6,013.56** | **158.19** | **3,758.86** | **25,418.02** |
| **Grand Total** | **35,348.63** | **6,013.56** | **158.19** | **3,758.86** | **25,418.02** |

**2440 S St SE LLC**
**Payment Summary**
**Payment Date = 06/01/2025 - 06/30/2025**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|------------|------------|--------------|-----------------|
| 2440s2 - 2440 S St Disbursement | 124 | ecg - Expedited Courier Group | 6/27/2025 | 06-2025 | 186.23 | |
| 2440s2 - 2440 S St Disbursement | 125 | jmartinez - Jack Martinez | 6/27/2025 | 06-2025 | 1,150.00 | |
| 2440s2 - 2440 S St Disbursement | 126 | noble - Noble Realty Advisors LLC | 6/27/2025 | 06-2025 | 10,842.13 | |
| 2440s2 - 2440 S St Disbursement | 606251 | 2501 - 2501 Naylor Rd SE LLC | 6/6/2025 | 06-2025 | 616.92 | 6/30/2025 |
| 2440s2 - 2440 S St Disbursement | 606252 | 40109th - 4010 9th ST SE LLC | 6/6/2025 | 06-2025 | 124.02 | 6/30/2025 |
| 2440s2 - 2440 S St Disbursement | 607251 | wheeler - 4301-4313 Wheeler RD SE LLC | 6/7/2025 | 06-2025 | 639.18 | 6/30/2025 |

| **Grand Total** | | | | | **13,558.48** | |

**2440 PNC Bank**

**Bank Reconciliation Report**

**6/30/2025**

████4678

| | |
|---|---:|
| **Balance Per Bank Statement as of 6/30/2025** | 659.18 |
| **Reconciled Bank Balance** | 659.18 |
| | |
| **Balance per GL as of 6/30/2025** | 659.18 |
| **Reconciled Balance Per G/L** | 659.18 |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Business Checking

PNC Bank

**PNC BANK**
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 05/31/2025 to 06/30/2025**

Primary Account Number: XX-XXXX-4678
Page 1 of 3
Number of enclosures: 0

2440 S STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE
STE 800
1775 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-4760

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?** Please contact your local branch

PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT INFORMATION

Between May 1, 2025, and September 30, 2025, PNC will be removing the option to print mini statements at PNC ATMs. Please use other channels and options such as Online Banking, Mobile Banking, Voice Banking and Branch Banking to access your account information.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Checking Accounts and Related Charges, our Consumer Schedule of Service Charges and Fees, and our Virtual Wallet Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

PNC Express Funds provides an option for immediate availability on approved checks deposited through Branch Banking, PNC ATM, or Mobile Banking, subject to cut off times. Effective June 22, 2025, the cost of utilizing PNC Express Funds will increase from 2.00% of the check amount over $100 to 2.50% of the check amount over $100. The cost of utilizing PNC Express Funds for each check amount between $25 and $100 will remain at $2.00.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the PNC Customer Care Center at 1-888-762-2265.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information related to Overdraft Protection in our Virtual Wallet Fine Print, our Account Agreement for Personal Checking, Savings and Money Market Accounts, and our Account Agreement for Business Accounts ("Agreements"). All other information in our Agreements continues to apply to your account. Please read this information and retain it with your records.

If there is a hold on your Protected or Protecting account(s), we may not complete an Overdraft Protection Transfer from the Protecting account, even if sufficient funds exist in the Protecting account. Additionally, if we place a hold on your Protected Account, PNC may discontinue the Overdraft Protection relationship between the Protected and Protecting accounts. If the hold is removed, the Overdraft Protection relationship will not be re-established automatically, and you will need to take action to re-establish the Overdraft Protection.

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/31/2025 to 06/30/2025**
2440 S STREET SE LLC #24-00180
Primary Account Number: XX-XXXX-4678
Page 2 of 3

Business Checking Account Number: XX-XXXX-4678 - continued

IMPORTANT ACCOUNT INFORMATION

Effective June 16, 2025, we are changing the "Large Dollar Deposits" and "Special Rules for New Account
Holders" sections of the Funds Availability Policy for Business Accounts. This change increases the amount
of availability of a deposit from $125 to $400 on the first business day after the business day of your
deposit for large dollar deposits and new account holders. All other information in your Agreement continues
to apply to your account. Please read this information and keep it with your records.

Large Dollar Deposits

If your total deposits of checks, excluding the items listed in the "Items Excluded from Large Dollar
Deposit Calculation" section later in this Policy, on any one business day, prior to our cut-off time, equal
or exceed $50,000, then, $100 of any deposit will be available on the evening of your deposit to pay checks
or items that are presented to us that evening for posting, an additional $400 will be available the first
business day after the business day of your deposit for all purposes, and any remaining funds will be
available the second business day after the business day of deposit for all purposes.

Special Rules for New Account Holders

For purposes of this Funds Availability Policy, a "new account holder" is defined as a customer who does
not have a PNC Bank checking account that has been open for more than 30 calendar days. If you are a new
account holder, the following rules will apply when a deposit is made during the first 30 calendar days your
account is open. All deposits not discussed in this section will be available as described elsewhere in this
Policy.

A. Funds from traveler's checks deposited with a special deposit ticket, funds from deposits outlined as
items "f" through "j" in the "Items Excluded from Large Dollar Deposit Calculation" section above, and
$400 from deposited checks or items will be available on the first business day after the business day of
your deposit for all purposes.

B. Funds from checks will be available on the second business day after the business day of your deposit for
all purposes.

After the new account period has ended, funds from your deposits will be available according to our general
policy.

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Checking Accounts and Related Charges, our
Consumer Schedule of Service Charges and Fees, and our Virtual Wallet Features and Fees ("Schedules"). All
other information in our Schedules continues to apply to your account. Please read this information and
retain it with your records.

Effective June 22, 2025, the cost of Non-Client Check Cashing will increase from 2.00% of the check amount
over $100 to 2.50% of the check amount over $100. The cost of Non-Client Check Cashing for each check amount
between $25 and $100 will remain at $2.00. This fee is charged when cashing a check for a payee who does not
have a PNC Bank checking, savings, money market, certificate of deposit account (CD) or retirement money

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/31/2025 to 06/30/2025**
2440 S STREET SE LLC #24-00180
Primary Account Number: XX-XXXX-4678
Page 3 of 3

Business Checking Account Number: XX-XXXX-4678 - continued

market or CD. Customers with a PNC consumer checking, savings, money market, certificate of deposit (CD) or retirement money market or CD account are not charged this fee.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the PNC Customer Care Center at 1-888-762-2265.

## Business Checking Summary
Account number:   XX-XXXX-4678

2440 S STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 659.18 | .00 | .00 | 659.18 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 659.18 | 659.18 |

### Deposits and Other Additions / Checks and Other Deductions

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| Total | 0 | .00 | Total | 0 | .00 |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 07/01/2025 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/30/2025.

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    Equal Housing Lender

## 2440 S St Disbursement

### Bank Reconciliation Report
### 6/30/2025

█████2844

| | | | |
|---|---|---|---|
| **Balance Per Bank Statement as of 6/30/2025** | | | **39,863.71** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 6/27/2025 | 124 | ecg - Expedited Courier Group | 186.23 |
| 6/27/2025 | 125 | jmartinez - Jack Martinez | 1,150.00 |
| 6/27/2025 | 126 | noble - Noble Realty Advisors LLC | 10,842.13 |
| **Less:** | **Outstanding Checks** | | **12,178.36** |
| | **Reconciled Bank Balance** | | **27,685.35** |

| | | |
|---|---|---|
| **Balance per GL as of 6/30/2025** | | **27,685.35** |
| | **Reconciled Balance Per G/L** | **27,685.35** |

| | | |
|---|---|---|
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



Date   6/30/25          Page     1
Primary Account        █████2844

2440 S ST SE LLC
2440 S St SE LLC, Debtor Case
No. 24-00188-ELG Chapter 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          2440 S ST SE LLC
                        2440 S St SE LLC, Debtor Case
                        No. 24-00188-ELG Chapter 11

| Commercial Checking | | Number of Enclosures | 3 |
|---|---|---|---|
| Account Number | █████2844 | Statement Dates | 6/02/25 thru  6/30/25 |
| Previous Balance | 33,808.70 | Days in the statement period | 29 |
| 2 Deposits/Credits | 11,117.00 | Avg Daily Ledger | 36,744.54 |
| 6 Checks/Debits | 5,061.99 | Avg Daily Collected | 35,598.64 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 39,863.71 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/13 | MyDeposit | 10,997.00 |
| 6/18 | DDA Regular Deposit | 120.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/06 | From DDA *2844,To DDA *2836, TR 060625,  4010 DAWG Doors | 124.02- |
| 6/06 | From DDA *2844,To DDA *2786, DAWG Doors 06.02.25 | 616.92- |
| 6/09 | From DDA *2844,To DDA *2794, TR 0607251,  DAWG Doors | 639.18- |



Date   6/30/25          Page      2
Primary Account        ████2844

Commercial Checking         ████2844   (Continued)

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 6/09 | 121 | 3,420.00 | 6/09 | 123 | 131.87 |
| 6/03 | 122 | 130.00 | | | |

* Indicates Skip In Check Number Sequence

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/02 | 33,808.70 | 6/06 | 32,937.76 | 6/13 | 39,743.71 |
| 6/03 | 33,678.70 | 6/09 | 28,746.71 | 6/18 | 39,863.71 |

*** END OF STATEMENT ***



**121**

2240 S St SE LLC, Debtor
Case No. 24-00188-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**** THREE THOUSAND FOUR HUNDRED TWENTY AND 00/100 DOLLARS

05/29/2025    $3,420.00***

TO THE
ORDER OF

J and J Mechanical Services, LLC
617 12th Street, NE
Washington, DC  20002

VOID AFTER 90 DAYS

⑈000121⑈ ⑆122287251⑈ ███ 2844⑈

Check  121   Date: 06/09   Amount: $3,420.00

---

**122**

2240 S St SE LLC, Debtor
Case No. 24-00188-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**** ONE HUNDRED THIRTY AND 00/100 DOLLARS

05/29/2025    $130.00*****

TO THE
ORDER OF

JOMA Lawn Care & Tree Experts Inc.
13916 Mustang Hill Lane
North Potomac, MD  20878

VOID AFTER 90 DAYS

⑈000122⑈ ⑆122287251⑈ ███ 2844⑈

Check  122   Date: 06/03   Amount: $130.00

---

**123**

2240 S St SE LLC, Debtor
Case No. 24-00188-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**** ONE HUNDRED THIRTY ONE AND 87/100 DOLLARS

05/29/2025    $131.87*****

TO THE
ORDER OF

Jack Martinez
5616 Tremont Drive
Alexandria, VA  22303

VOID AFTER 90 DAYS

⑈000123⑈ ⑆122287251⑈ ███ 2844⑈

Check  123   Date: 06/09   Amount: $131.87

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

**Marc Albert Trustee A**

**Bank Reconciliation Report**

**6/30/2025**

**XXXX 0612**

| | |
|---|---|
| **Balance Per Bank Statement as of 6/30/2025** | **2,054.02** |
| **Reconciled Bank Balance** | **2,054.02** |
| | |
| **Balance per GL as of 6/30/2025** | **2,054.02** |
| **Reconciled Balance Per G/L** | **2,054.02** |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 24-00188 | | Trustee Name: | Marc E. Albert DC Ch 11 |
|---|---|---|---|---|
| Case Name: | 2440 S ST SE LLC | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0612 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX5719 | | Blanket Bond (per case limit): | |
| For Period Ending: | 07/14/2025 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/10/24 | | 2440 S Street SE LLC<br>Marc Albert, Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Account Sweep | | $69,798.00 | | $69,798.00 |
| 12/12/24 | 2001 | 2440 S ST SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $6,822.50 | $62,975.50 |
| 01/13/25 | 2002 | Noble Realty Advisors, LLC<br>11000 Broken Land Parkway<br>Suite #410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $4,784.00 | $58,191.50 |
| 01/28/25 | 2003 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419724<br>Case No. 24-00188<br>Chapter 11 Bond re 2440 S St SE, LLC | 0000-000 | | $232.00 | $57,959.50 |
| 02/06/25 | 2004 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400188<br>Q4 US Trustee Fees re 2440 S St SE LLC - 9002400188 | 0000-000 | | $250.00 | $57,709.50 |
| 02/19/25 | 2005 | 2440 S St SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $6,305.00 | $51,404.50 |
| 03/05/25 | 2006 | Marc E. Albert, Chapter 11 Trustee<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006 | Transfer to Reserve Account | 0000-000 | | $17,500.00 | $33,904.50 |
| 03/26/25 | 2007 | DC Treasurer<br>Office of Tax and Revenue<br>DC Government Real Property Taxes<br>PO Box 718095<br>Philadelphia, PA 19171-8095 | SQL 5624-0814<br>Real Property Tax re 2440 S ST SE LLC | 0000-000 | | $3,626.36 | $30,278.14 |

| | | | Page Subtotals: | | $69,798.00 | $39,519.86 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 24-00188 | Trustee Name: Marc E. Albert DC Ch 11 | |
| Case Name: 2440 S ST SE LLC | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0612 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5719 | Blanket Bond (per case limit): | |
| For Period Ending: 07/14/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/25 | 2008 | 2440 S St SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $15,689.85 | $14,588.29 |
| 04/23/25 | 2009 | Marc E. Albert, Chapter 11 Trustee<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006 | Transfer to Reserve Account | 0000-000 | | $5,000.00 | $9,588.29 |
| 04/30/25 | INT | Axos Bank | Interest Rate 0.015 | | $4.18 | | $9,592.47 |
| 05/13/25 | 2010 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Case #: 900-24-00188<br>US Trustee Fees re 2440 S ST SE LLC | 0000-000 | | $250.68 | $9,341.79 |
| 05/14/25 | 2011 | Noble Realty Advisors, LLC<br>11000 Broken Land Parkway<br>Suite #410<br>Columbia, MD 21044 | DC WASA Payment<br>2440 S ST SE LLC | 0000-000 | | $4,000.00 | $5,341.79 |
| 05/14/25 | 2012 | Marc E. Albert, Chapter 11 Trustee<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006 | Transfer to Reserve Account | 0000-000 | | $2,500.00 | $2,841.79 |
| 05/23/25 | 2013 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419724<br>Term: 07/23/25 to 07/23/26<br>Case No. 24-00188<br>Chapter 11 Bond re 2440 S St SE, LLC | 0000-000 | | $550.00 | $2,291.79 |
| 06/01/25 | INT | Axos Bank | Interest Rate 0.015 | | $9.48 | | $2,301.27 |

| | | | Page Subtotals: | | $13.66 | $27,990.53 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00188

Case Name: 2440 S ST SE LLC

Taxpayer ID No: XX-XXX5719

For Period Ending: 07/14/2025

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0612

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/25 | 2014 | DC Treasurer<br>Office of Tax and Revenue<br>PO Box 96195<br>Washington, DC 20090-6195 | 2024 Form D-30 Tax Return<br>EIN: 85-1545719<br>2440 S ST SE LLC | 0000-000 | | $250.00 | $2,051.27 |
| 06/30/25 | INT | Axos Bank | Interest Rate 0.015 | | $2.75 | | $2,054.02 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                                    $2.75          $250.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0612 - Checking | $0.00 | $0.00 | $2,054.02 |
| | $0.00 | $0.00 | $2,054.02 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:      /s/ Marc E. Albert DC Ch 11      Date: 07/14/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                                    $0.00            $0.00